United States District Court for the District of Alaska

At Anchorage

| | |
|---|---|
| Ahtna, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Frederick Heinz, <br><br> Defendant. | Case No.: _____ <br><br> COMPLAINT EXHIBIT LIST |

## COMPLAINT EXHIBITS

1. Interim Conveyance 564
2. Survey plat (oversize)
3. Photo of junk vehicles
4. 4/271994 letter from Ahtna, Inc., to F. Heinz rejecting 14(c) application
5. 1/14/2003 letter from S. Howard, DOTPF, to F. Heinz
6. 12/1/2005 letter from J. Robbins, Ahtna, Inc., to F. Heinz

Complaint for Trespass/Injunctive Relief – Exhibit List