BOOK __14__ PAGE __738__
Chitina Recording District

AA-6666-A
AA-6666-B

INTERIM CONVEYANCE



WHEREAS

AHTNA, Incorporated
(Successor in Interest to Gakona Corporation)

is entitled to a conveyance pursuant to Secs. 14(a) and 22(j) of
the Alaska Native Claims Settlement Act of December 18, 1971, as
amended (43 U.S.C. 1601, 1613(a), 1621(j)), of the surface estate
in the following described lands:

Copper River Meridian, Alaska

T. 6 N., R. 1 E. (Surveyed)
Those portions of Tract A more particularly described
        as (protracted):

Sec. 1;
Secs. 2 and 3, excluding U.S. Survey No. 5560, and the
        Copper River;
Sec. 4;
Sec. 5, excluding the Gakona River;
Sec. 6;
Sec. 7, excluding the Gakona River;
Sec. 8, excluding U.S. Survey No. 5562, and the Gakona River;
Sec. 9, excluding U.S. Survey No. 5560, U.S. Survey
        No. 5561, and Native allotment AA-6495 Parcel B;
Sec. 10, excluding U.S. Survey No. 4843, U.S. Survey
        No. 5560, and the Copper River;
Sec. 11, excluding the Copper River;
Secs. 12 to 14, inclusive;
Sec. 15, excluding the Copper River;
Sec. 16, excluding U.S. Survey No. 5561, Native allotment
        AA-6495 Parcel B, and the Copper River;
Secs. 17 and 18, excluding the Copper River, and the Gakona
        River;
Sec. 19, excluding the Copper River;
Secs. 20 to 36, inclusive.

Containing approximately 20,910 acres.

T. 7 N., R. 1 E. (Surveyed)
Those portions of Tract A more particularly
        described as (protracted):

Secs. 4 and 5, excluding the Gakona River;
Secs. 6 and 7;
Secs. 8 and 9, excluding the Gakona River;
Secs. 13, 14 and 15;
Secs. 16 and 17, excluding the Gakona River;
Secs. 18 and 19;
Secs. 20 and 21, excluding the Gakona River;
Secs. 22 and 23;
Sec. 24, excluding the Copper River;
Sec. 25, excluding U.S. Survey No. 5559, and the
        Copper River;
Sec. 26, excluding U.S. Survey No. 5559;
Sec. 27;
Secs. 28 and 29, excluding the Gakona River;

564

Interim Conveyance No. _____

Date _____    OCT 2 7 1982

Gakona Surface

Ahtna Inc. v. Heinz
Complaint Exhibit 1
Page 1 of 9

BOG    14    PAGE    739
Recording District

AA-6666-A
AA-6666-B

Secs. 30 and 31;
Secs. 32 and 33, excluding the Gakona River;
Sec. 34;
Secs. 35 and 36, excluding U.S. Survey No. 5559, and
    the Copper River.

Containing approximately 17,850 acres.


T. 7 N., R. 2 E. (Unsurveyed)
Sec. 1, excluding the Copper River;
Sec. 2, excluding Native allotment AA-7576,
    and the Copper River;
Sec. 3, excluding Native allotments AA-6495 Parcel A,
    and AA-7576;
Sec. 4, excluding Native allotment AA-6495
    Parcel A;
Secs. 5 and 6, excluding Native allotment AA-6713;
Sec. 8, excluding U.S. Survey No. 5277, Native allot-
    ments AA-2627 Parcel B, AA-6713, AA-7488
    Parcel A, and the Copper River;
Sec. 9, excluding U.S. Survey No. 5277, Native allot-
    ments AA-6495 Parcel A, AA-6714, and the
    Copper River;
Sec. 10, excluding Native allotments AA-6495
    Parcel A, AA-6714, and the Copper River;
Secs. 11 and 12, excluding the Copper River;
Sec. 13;
Secs. 14 to 17, inclusive, excluding the Copper River;
Sec. 18, excluding Native allotment AA-7336, and
    the Copper River;
Sec. 19, excluding the Copper River;
Secs. 21 and 22.

Containing approximately 10,588 acres.


T. 8 N., R. 2 E. (Unsurveyed)
Sec. 36, excluding U.S. Survey No. 3573, U.S. Survey
    No. 5119, Native allotments AA-2627 Parcel A,
    and A-062755 Tract I.

Containing approximately 548 acres.


T. 8 N., R. 3 E. (Unsurveyed)
Secs. 4 to 9, inclusive;
Secs. 10 and 15, excluding the Copper River;
Sec. 16, excluding Native allotment AA-6059;
Secs. 17, 18, and 19;
Sec. 20, excluding Native allotment AA-6059;
Sec. 21, excluding Native allotment AA-6059, and
    the Copper River;
Secs. 28 and 29, excluding the Copper River;
Sec. 30, excluding Native allotment A-062349;
Sec. 31, excluding Native allotments A-062349, A-062755
    Tracts 1 and 2, and the Copper River;

564

Interim Conveyance No. _____

Date _____
OCT 2 7 1982

2

Ahtna Inc. v. Heinz
Complaint Exhibit 1
Page 2 of 9

AA-6666-A
AA-6666-B

Sec. 32, excluding the Copper River.

Containing approximately 10,274 acres.

Aggregating approximately 60,170 acres.

NOW KNOW YE, that there is, therefore, granted by the UNITED STATES OF AMERICA, unto the above-named corporation the surface estate in the land above-described, TO HAVE AND TO HOLD the said estate with all rights, privileges, immunities, and appurtenances, of whatsoever nature, thereunto belonging, unto the said corporation, its successors and assigns, forever:

EXCEPTING AND RESERVING TO THE UNITED STATES from the lands so granted:

1.  The subsurface estate therein, and all rights, privileges, immunities, and appurtenances, of whatsoever nature, accruing unto said estate pursuant to the Alaska Native Claims Settlement Act of December 18, 1971 (43 U.S.C. 1601, 1613(f)); and

2.  Pursuant to Sec. 17(b) of the Alaska Native Claims Settlement Act of December 18, 1971 (43 U.S.C. 1601, 1616(b)), the following public easements, referenced by easement identification number (EIN) on the easement maps attached to this document, copies of which will be found in case file AA-6666-EE, are reserved to the United States. All easements are subject to applicable Federal, State, or Municipal corporation regulation. The following is a listing of uses allowed for each type of easement. Any uses which are not specifically listed are prohibited.

    25 Foot Trail - The uses allowed on a twenty-five (25) foot wide trail easement are: travel by foot, dogsleds, animals, snowmobiles, two- and three-wheel vehicles, and small all-terrain vehicles (less than 3,000 lbs. Gross Vehicle Weight (GVW)).

    50 Foot Trail - The uses allowed on a fifty (50) foot wide trail easement are: travel by foot, dogsleds, animals, snowmobiles, two- and three-wheel vehicles, small and large all-terrain vehicles, track vehicles and four-wheel drive vehicles.

    60 Foot Road - The uses allowed on a sixty (60) foot wide road easement are: travel by foot, dogsleds, animals, snowmobiles, two- and three-wheel vehicles, small and large all-terrain vehicles, track vehicles, four-wheel drive vehicles, automobiles and trucks.

    One Acre Site   The uses allowed for a site easement are: vehicle parking (e.g., aircraft, boats, ATV's, snowmobiles, cars, trucks), temporary camping, and loading or unloading. Temporary camping, loading, or unloading shall be limited to 24 hours.

564

Interim Conveyance No. _____

Date _____    OCT 27 1982

Ahtna Inc. v. Heinz
Complaint Exhibit 1
Page 3 of 9

3

PAGE 741

... Recording District

AA-6666-A
AA-6666-B

a.    (EIN 1a C5, D9)  An easement for an existing access trail twenty-five (25) feet in width from the Tok Cutoff, in Sec. 35, T. 7 N., R. 1 E., Copper River Meridian, southerly to site EIN 1c C5 on the left bank of the Copper River and continuing southerly to public land.  The uses allowed are those listed above for a twenty-five (25) foot wide trail easement.

b.    (EIN 1c C5)  A one (1) acre site easement upland of the ordinary high water mark in Sec. 35, T. 7 N., R. 1 E., Copper River Meridian, on the left bank of the Copper River.  The uses allowed are those listed above for a one (1) acre site.

c.    (EIN 11a C5, L)  An easement sixty (60) feet in width for an existing road from Mile 4 Tok Cutoff, Sec. 9, T. 6 N., R. 1 E., Copper River Meridian, easterly to site EIN 11b C5, L on the right bank of the Copper River.  The uses allowed are those listed above for a sixty (60) foot wide road easement.

d.    (EIN 11b C5, L)  A one (1) acre site easement upland of the ordinary high water mark in Sec. 10, T. 6 N., R. 1 E., Copper River Meridian, on the right bank of the Copper River.  The uses allowed are those listed above for a one (1) acre site.

e.    (EIN 15a C5)  An easement for an existing access trail fifty (50) feet in width from site EIN 15b C5 at Mile 9, Tok Cutoff in Sec. 26, T. 7 N., R. 1 E., Copper River Meridian, northerly to public land. The uses allowed are those listed above for a fifty (50) foot wide trail easement.

f.    (EIN 15b C5)  A one (1) acre site easement in Sec. 26, T. 7 N., R. 1 E., Copper River Meridian, at Mile 9 of the Tok Cutoff adjacent to and north of the road.  The uses allowed are those listed above for a one (1) acre site easement.

g.    (EIN 21 D1)  An easement for a proposed access trail twenty-five (25) feet in width from the Tok Cutoff in Sec. 21, T. 8 N., R. 3 E., Copper River Meridian, southeasterly to public lands.  The uses allowed are those listed above for a twenty-five (25) foot wide trail easement.

h.    (EIN 31a C5, L)  An easement fifty (50) feet in width, twenty-five (25) feet each side of the centerline, for existing powerlines and telephone lines roughly paralleling the Glenn Highway (Tok Cutoff) from Sec. 13, T. 6 N., R. 1 W., Copper River Meridian, northeasterly through the selection. The uses allowed are those associated with operation and maintenance of power and telephone line facilities.

Interim Conveyance No. _____564_____

Date _____OCT 2 7 1982_____

4