AA-6666-A
AA-6666-B

BOOK 14 PAGE 742
Chitina Recording District

i. (EIN 31b C5, L) An easement fifty (50) feet in width, twenty-five (25) feet each side of the centerline, for existing powerlines and telephone lines from Sec. 13, T. 6 N., R. 1 W., Copper River Meridian, southeasterly to junction with EIN 31a C5,L in Sec. 18, T. 6 N., R. 1 E., Copper River Meridian. The uses allowed are those activities associated with operation and maintenance of power and telephone line facilities.

THE GRANT OF THE ABOVE-DESCRIBED LANDS IS SUBJECT TO:

1. Issuance of a patent after approval and filing by the Bureau of Land Management of the official plat or supplemental plat of survey confirming the boundary description and acreage of the lands hereinabove granted;

2. Valid existing rights therein, if any, including but not limited to those created by any lease (including a lease issued under Sec. 6(g) of the Alaska Statehood Act of July 7, 1958 (48 U.S.C Ch. 2, Sec. 6(g)), contract, permit, right-of-way, or easement, and the right of the lessee, contractee, permittee, or grantee to the complete enjoyment of all rights, privileges, and benefits thereby granted to him. Further, pursuant to Sec. 17(b)(2) of the Alaska Native Claims Settlement Act of December 18, 1971 (43 U.S.C. 1601, 1616(b)(2)) (ANCSA), any valid existing right recognized by ANCSA shall continue to have whatever right of access as is now provided for under existing law;

3. Rights-of-way for material sites granted under the Federal Aid Highway Act of August 27, 1958, as amended (23 U.S.C. 317):

    a. A-062221, located in Tract A protracted Secs. 9 and 10, T. 6 N., R. 1 E., Copper River Meridian, Alaska;

    b. A-067674, located in Sec. 10, T. 7 N., R. 2 E., Copper River Meridian, Alaska;

    c. A-067454, located in Tract A protracted Secs. 25, 35, and 36, T. 7 N., R. 1 E., Copper River Meridian, Alaska;

    d. A-058841, located in Sec. 10, T. 8 N., R. 3 E., Copper River Meridian, Alaska;

    e. A-067627, located in Sec. 15, T. 8 N., R. 3 E., Copper River Meridian, Alaska; and

    f. A-058842, located in Sec. 15, T. 8 N., R. 3 E., Copper River Meridian, Alaska;

4. Rights-of-way for Federal Aid Highways. Act of August 27, 1958, as amended (23 U.S.C. 317):

    a. A-059161, located in Sec. 10, T. 8 N., R. 3 E., Copper River Meridian, Alaska;

Interim Conveyance No. ___564___

Date ___OCT 2 7 1982___

5

BOOK 14 PAGE 743
Chitina Recording District

AA-6666-A
AA-6666-B

    b.   A-067583, located in Tract A protracted Secs. 3, 9, 10, and 16, T. 6 N., R. 1 E., and Tract A protracted Secs. 24, 25, 26, 34, and 35, T. 7 N., R. 1 E., Copper River Meridian, Alaska;

    c.   A-067753, located in Secs. 10, 15, 20, 21, 29, 30, and 31, T. 8 N., R. 3 E., Copper River Meridian, Alaska;

    d.   A-067759, located in Tract A protracted Secs. 13 and 24, T. 7 N., R. 1 E.; Secs. 2 to 5, inclusive, Secs. 7 to 10, inclusive, and Sec. 18, T. 7 N., R. 2 E.; Sec. 36, T. 8 N., R. 2 E.; and Sec. 31, T. 8 N., R. 3 E., Copper River Meridian, Alaska; and

    e.   AA-527, located in Sec. 10, T. 8 N., R. 3 E., Copper River Meridian, Alaska.

5. An easement and right-of-way to operate, maintain, repair and patrol an overhead open wire and underground communication line or lines, and appurtences thereto, in, on, over, and across a strip of land fifty (50) feet in width, lying twenty-five (25) feet on each side of the centerline of the Alaska Communication System's open wire or pole line and/or buried communication cableline, conveyed to RCA Alaska Communications, Inc. by Easement Deed dated January 10, 1971, AA-6188, pursuant to the Alaska Communications Disposal Act (40 U.S.C. 771, et seq.) located in Tract A protracted Secs. 3, 9, 10, and 16, T. 6 N., R. 1 E.; Tract A protracted Secs. 13, 23, 24, 25, 26, 34, and 35, T. 7 N., R. 1 E.; Secs. 2, 3, 4, 5, 7, 8, 9, 10, and 18, T. 7 N., R. 2 E.; Sec. 36, T. 8 N., R. 2 E.; and Secs. 10, 15, 16, 20, 21, 29, 30, and 31, T. 8 N., R. 3 E., Copper River Meridian, Alaska;

6. An easement for highway purposes, including appurtenant protective, scenic and service areas, extending one hundred fifty (150) feet on either side of the centerline of the Glenn Highway (Tok Cutoff), as established by Public Land Order 1613 (23 F.R. 2376), pursuant to the Act of August 1, 1956 (70 Stat. 898) and transferred to the State of Alaska pursuant to the Alaska Omnibus Act, P.L. 86-70 (73 Stat. 141) located in Tract A protracted Secs. 3, 9, 10, and 16, T. 6 N., R. 1 E.; and Tract A protracted Secs. 13, 24, 25, 26, 34, and 35, T. 7 N., R. 1 E.; Secs. 2 to 5, inclusive, 7 to 10, inclusive, and 18, T. 7 N., R. 2 E.; Sec. 36, T. 8 N., R. 2 E.; and Secs. 10, 15, 20, 21, 29, 30, and 31, T. 8 N., R. 3 E., Copper River Meridian, Alaska;

7. A right-of-way, A-062297, granted to Copper Valley Electric Association, Inc., Act of October 21, 1976 (43 U.S.C. 1761-1771), in Secs. 3, 8, 9, and 10, T. 6 N., R. 1 E.; and Secs. 13, 23, 24, 26, 34, and 35, T. 7 N., R. 1 E.; Copper River Meridian, Alaska; and

Interim Conveyance No.   564

Date   OCT 27 1982

BOOK 14 PAGE 744
Ahtna Recording District

AA-6666-A
AA-6666-B

8. Requirements of Sec. 14(c) of the Alaska Native Claims Settlement Act of December 18, 1971 (43 U.S.C. 1601, 1613(c)), that the grantee hereunder convey those portions, if any, of the lands hereinabove granted, as are prescribed in said section.

IN WITNESS WHEREOF, the undersigned authorized officer of the Bureau of Land Management has, in the name of the United States, set his hand and caused the seal of the Bureau to be hereunto affixed on this 27th day of October, 1982, in Anchorage, Alaska.

UNITED STATES OF AMERICA



_____
Assistant to the State Director
for Conveyance Management

2600
82-0922

RECORDED FILED
CHITINA REC.

Nov 10  4 10 PM '82
AHTNA, INC
Drawer "D"
Copper Center, AL
99573

Interim Conveyance No. __564__
Date __OCT 27 1982__

7