

Ahtna Inc. v. Heinz
Complaint Exhibit 1
Page 8 of 9



Ahtna Inc. v. Heinz
Complaint Exhibit 1
Page 9 of 9