United States District Court for the District of Alaska

At Anchorage

Ahtna, Inc.,

    Plaintiff,

vs.

Frederick Heinz,

    Defendant.

Case No.: _____

**COMPLAINT EXHIBIT 2**

Complaint Exhibit 2 is an oversize plat of the area and depicts ownership patterns. This exhibit is filed over-the-counter.

Complaint for Trespass/Injunctive Relief – Exhibit List