

file://A:\MVC-004F.JPG

Ahtna Inc. v. Heinz
Complaint Exhibit 3
Page 1 of 1