# STATE OF ALASKA

**FRANK H. MURKOWSKI,**
**GOVERNOR**

**DEPARTMENT OF TRANSPORTATION AND PUBLIC FACILITIES**

*DESIGN & ENGINEERING SERVICES DIVISION, NORTHERN REGION*

2301 PEGER ROAD
FAIRBANKS, ALASKA 99709-5399
TELEPHONE: (907) 451-5419
TDD: (907) 451-2363
FAX: (907) 451-5411
1-800-475-2464

January 14, 2003

RE: Tok Cutoff Right of Way and
Access within MS 46-1-010-5

Frederick E. Heinz
P.O. Box 125
Gakona, Alaska 99586

Dear Mr. Heinz:

You talked with Pat Thayer last month about the Tok Cutoff Highway right of way, and the main access into the DOT&PF 5 Mile Tok Cutoff gravel pit. This access is access to your property (USS 5561, Lot 2), to the HUD housing, and the access used by the school bus to pick up children who live in the HUD housing. Pat left for vacation and I was asked to complete her letter to you. Pat deals with the property management of the highway and I work with the materrial sources. I was told there is a conflict with your access and where school bus parks.

Pat wrote that the highway right of way for the Tok Cutoff at the access to the pit is 300 feet wide, 150 feet each side of highway centerline. The right of way on the pit side goes back approximately to the pit side of the screen of trees between the two access roads into the pit. Anything being placed within the 300-foot highway right of way must either be placed there through a state project or be permitted by the Property Management Section of DOT&PF. Driveways within the highway right of way are public until they enter onto private land and cannot be blocked in any manner (gates, barrels, rocks, posts, cars, logs, flower pots, signage, etc). We are assuming that the accesses into the pit were constructed by the State between 1951, when the site was first granted to DOT&PF, and 1962, since both accesses are visible in a 1962 photo of an already well-developed material source.

It is our policy to route access to surrounding properties around the boundaries of material sources. This makes the pit's future development easier. Since both access to your property and to the HUD housing have been used for some time, it is not likely that either will be changed significantly with further development of the material source.

The accesses constructed in this pit, Mr. Heinz, have not been legalized to my knowledge, but have existed for many years. Therefore, the access at least to the HUD housing cutoff must be considered general access. I understand that the bus parks in the

Mr. Fred Heinz                                -2-                                01/14/03

general vicinity of the "U" drive access into the pit. It is not uncommon that there may be a short wait for this public service while children are getting onto and off of the bus. If the school bus is blocking the general access in and out of the pit waiting for the children, the bus driver needs to park elsewhere.

There is another matter I would like to mention. In the past, your personal property (various vehicles) have been parked outside of the boundaries of your patented property. Please make sure, in the future, that your personal property is on your property. Any contamination caused by your vehicles outside of your T&M site is your responsibility.

Sincerely,

Shari Howard
Right of Way Agent

Att.: as stated

cc: Loreen Kramer, Copper River School District
    AHTNA, Inc.