J. Michael Robbins, Esq. ABA # 7606068
General Counsel For Plaintiff Ahtna, Inc.
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court for the District of Alaska

At Anchorage

| | |
|---|---|
| Ahtna, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Frederick Heinz, <br><br> Defendant. | Case No.: _____ <br><br> *EX PARTE* REQUEST TO ALLOW FILING OF OVERSIZE EXHIBIT |

COMES NOW Plaintiff Ahtna, Inc., appearing herein through undersigned counsel, and requests the court to relax Local Rule 10.1 (a) (1) to allow the filing of an oversized exhibit (24 x 30) that will assist the court and parties in locating the contested areas involved in this trespass action. The exhibit consists of a survey plat depicting ownership patterns and locations of the alleged trespasses.

Dated this 29th day of June, 2006.

J. Michael Robbins, ABA No. 7606068
General Counsel For Plaintiff Ahtna, Inc.
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

EX PARTE REQUEST TO ALLOW FILING OF OVERSIZE EXHIBIT- 1