J. Michael Robbins, Esq.
ABA # 7606068
General Counsel-Ahtna, Inc.
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
For Plaintiff Ahtna, Inc.

United States District Court For the District of Alaska

At Anchorage

Ahtna, Inc.,

        Plaintiff,

vs.

Frederick Heinz,

        Defendant.

Case No.: _____

**ORDER**

IT IS ORDERED that plaintiff's *EX PARTE* REQUEST TO ALLOW FILING OF OVERSIZE EXHIBIT by relaxing Local Rule 10.1(a) (1) be and the same is hereby granted.

Dated: _____     _____
                                                 United States District Judge/Magistrate

EX PARTE REQUEST TO ALLOW FILING OF OVERSIZE EXHIBIT- 2