J. Michael Robbins
General Counsel For Plaintiff Ahtna, Inc.
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court for the District of Alaska

At Anchorage

Ahtna, Inc.,

    Plaintiff,

vs.

Frederick Heinz,

    Defendant.

Case No.: 3:06-CV-00161 (THB)

### NOTICE OF FILING OVESIZED EXHIBIT

COMES NOW AHTNA, INC., Plaintiff, notifies the court and the defendant of the filing of Complaint Exhibit 2 in compliance with the Court's Order (Doc. # 4).

Dated this _____ day of _____, 20__ at Anchorage, Alaska.

_____
J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net