J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc.,<br><br>          Plaintiff,<br><br>     vs.<br><br>Frederick Heinz,<br><br>          Defendant. | Case No.: 3:06-CV-00161 (THB)<br><br>STATUS REPORT RE: SERVICE |

COMES NOW AHTNA, INC., Plaintiff, and in response to the Court's Minute Order of September 14, 2006, advises the court that the summons and a copy of the complaint with exhibits was placed in the U.S. mail, certified receipt requested, on or about August 29, 2006. FRCP 4(e)(1) and ACR Rule 4(h). A return receipt has not been received as of today's mail. Plaintiff will file proof of service when the receipt is returned. If the mail is returned undelivered, then Plaintiff will employ the services of a process company.

Dated this 14th day of September, 2006 at Anchorage, Alaska.

_____
J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net