J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

## United States District Court
## District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Frederick Heinz, <br><br> Defendant. | Case No.: 3:06-CV-00161 (THB) <br><br> REQUEST FOR EXTENSION OF TIME TO EFFECT SERVICE |

COMES NOW AHTNA, INC., Plaintiff, and in response to the Court's Order of November 20, 2006, advises the court that the Alaska State Troopers – Palmer Division, Glennallen Office, has attempted service of the summons and a copy of the complaint and exhibits. Plaintiff has requested that the Troopers retain the summons and serve same when the defendant returns to his residence.

On information and belief, Counsel submits that the Defendant is currently out-of-state but intends to return shortly. Counsel requests that the time limit for service be extended for an additional ninety days per FRCP 4(m) as Plaintiff has been diligent in attempting to serve this defendant both by certified mail and by service through the Alaska State Troopers.

Dated this 27th day of November, 2006 at Anchorage, Alaska.

*/s/ J. Michael Robbins*
J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

*Ahtna, Inc. v. F. Heinz,* Case No. CV-00161 (THB)