J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., <br><br>      Plaintiff, <br><br>vs. <br><br>Frederick Heinz, <br><br>      Defendant. | Case No.: 3:06-CV-00161 (THB) <br><br> **ORDER** |

    IT IS ORDERED that plaintiff's *EX PARTE* MOTION TO ALLOW SERVICE OF PROCESS ON FAMILY MEMBER OF ABSENT DEFENDANT OR BY PUBLICATION be and the same is hereby granted authorizing service on an adult family member of defendant, namely, Mark Heinz. Alternately, Plaintiff is authorized to serve defendant by publication.  This order is entered pursuant to FRCP 4(e)(1) and Alaska CR 4(e)(2) and (3).

    Dated: _____  _____
                                                   United States District Judge/Magistrate

*Ahtna, Inc. v. F. Heinz,* Case No. CV-00161 (THB)