J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

Ahtna, Inc.,

    Plaintiff,

vs.

Frederick Heinz,

    Defendant.

Case No.: 3:06-CV-00161 (THB)

*EX PARTE* MOTION TO ALLOW SERVICE OF PROCESS ON FAMILY MEMBER OF ABSENT DEFENDANT OR BY PUBLICATION

    COMES NOW AHTNA, INC., Plaintiff, and moves the court for an order authorizing service by alternative means including service on a family member of defendant or by publication all as authorized pursuant to Alaska CR 4(e). FRCP 4(e)(1) and ACR Rule 4(e).

    *Diligent Inquiry.*[1] Alaska CR 4(e)(1) requires a showing of diligent inquiry. Defendant Heinz was notified by letter dated December 1, 2005 that Plaintiff Ahtna, Inc. considered his unauthorized construction of a road and maintenance of a junk yard to be trespass activities and demanded that he cease and desist such actions. Complaint Exhibit 6. Defendant Heinz took no action to resolve his trespass.

    The instant complaint was sent by certified mail to Mr. Heinz' postal address. He was provided three notices by the USPO on 9/7/06, 9/12/06 and 9/22/06 but he did not claim the certified mail. Plaintiff Exhibit 7.

    Personal service was thereafter attempted through the Alaska State Troopers assigned to the Glennallen post. After several attempts a PEACE OFFICER'S RETURN OF WRIT UNSERVED of the summons and complaint was filed by AST Trooper Simmons. Plaintiff Exhibit 8. Although Defendant Heinz has family residing in the area, they have declined to provide the Troopers with the current location of said Defendant.

    Plaintiff submits that these efforts are sufficient to show due diligence in satisfaction of ACR 4(e)(1). Submitted in support of this motion is the Affidavit of Counsel who has inquired of both Sgt.

---

[1] The facts set forth in this memorandum are supported by the affidavit of counsel J. Michael Robbins, Esq.
*Ahtna, Inc. v. F. Heinz,* Case No. CV-00161 (THB)
*Ex Parte* Motion to serve Complaint by Alternative Service
Page 1 of 2

Stone and Plaintiff Ahtna's Enforcement Officer Ray Stickwan concerning efforts made to serve defendant personally and to determine the location of the Defendant.

*Other Service.*[2] Plaintiff requests an order authorizing service of the summons and complaint on Mark Heinz, an adult son of Defendant Heinz. This person has been observed to check the defendant's mail and residence on a regular basis. He resides in the Gakona area and has stated that the defendant is out-of-state for the winter. Counsel for Plaintiff Ahtna, Inc submits that service on the son of Defendant would provide adequate notice of the pendency of the action. This service is authorized by FRCP 4(e)(1) and Alaska CR 4(e)(3).

Alternately, the court is requested to authorize service by publication as provided by Alaska CR 4(e)(2). Plaintiff proposes to publish a notice in the *Anchorage Daily News* which has circulation in the Glennallen/Gakona area. The notice will include a copy of the complaint and will be published four times during four consecutive calendar weeks, once in each week.

For the reasons assigned, the court is respectfully requested to authorize service of the summons and complaint on Mark Heinz. The alternative of service by publication is requested in the event that service cannot be made on Mark Heinz.

Dated this 12th day of February, 2007 at Anchorage, Alaska.

J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

---

[2] Affidavit of Counsel J. Michael Robbins, Esq., is submitted in support of the facts set forth herein.

*Ahtna, Inc. v. F. Heinz,* Case No. CV-00161 (THB)
*Ex Parte* Motion to serve Complaint by Alternative Service
Page 2 of 2





Ahtna Inc v. Heinz
Exhibit 7
Page 1 of 2



IN THE DISTRICT COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

AHTNA INC.
  Plaintiff,

vs.

FREDERICK HEINZ
  Defendant.

Case No. 3:06-CV-00161(TMB)

PEACE OFFICER'S RETURN
OF WRIT UNSERVED

I hereby certify that on _1-20-06_, at _Glennallen_, Alaska, I received the following documents: SUMMONS, CIVIL COVER SHEET, COMPLAINT W/EXHIBITS 1-6, EX PARTE REQ TO FILE OVERSIZE EXHIBIT W/ORDER, NOTICE OF FILING OVERSIZED EXHIBIT W/EXHIBIT 2

to serve on _Frederick Heinz_
(Name of individual or corporation)

All search was made within the _3rd_ Judicial District and that after diligent search, I was unable to find and serve the documents listed above on the person named above for the reason that _unable to locate, is believed to be out of state_

AK STATE TROOPERS
DEC 2 0 2006
ANCHORAGE J.S.

FAXED
JAN 0 4 2007
ANCHORAGE J.S.

Return Date
Service Fee
Mileage
Total

Walt Monegan, Commissioner,
Department of Public Safety

By _[signature]_
Printed Name _Benny Simmon_
Title _Trooper_

12-323 RUNSVD (Rev. 7/98)

Ahtna Inc v. Heinz
Exhibit 8
Page 1 of 1