J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Frederick Heinz, <br><br> Defendant. | Case No.: 3:06-CV-00161 (THB) <br><br> AFFIDAVIT OF COUNSEL IN SUPPORT OF *EX PARTE* MOTION TO ALLOW SERVICE OF PROCESS ON FAMILY MEMBER OF ABSENT DEFENDANT OR BY PUBLICATION |

THIRD JUDICIAL DISTRICT     )
                            )ss
STATE OF ALASKA             )

BEFORE ME, NOTARY, personally appeared J. Michael Robbins, Esq., who, after being duly sworn, does depose and say as follows:

1. I am attorney for Plaintiff Ahtna, Inc., and make this statement on the basis of personal information;

2. I have spoken with Sgt. Dwayne Stone, AST – Glennallen Office, who stated that he has on several occasions visited the residence of defendant Frederick Heinz and was not able to locate said defendant;

3. Sgt. Stone further stated that he had been in contact with Mark Heinz, the son of the defendant, who informed him that the defendant was out-of-state but would not disclose his location;

4. Sgt. Stone also stated that the son Mark Heinz was checking on the Gakona residence of defendant until defendant returned to the state;

5. Affiant has attempted to contact Fred Heinz, Jr. by dialing 907-822-3308, the number for him listed in the phone directory but received an out-of-service recording;

6. Affiant learned that Mark Heinz is another son of the defendant and attempted to contact him as well by dialing 907-822-3531, the number listed in the phone directory. Again an out-of-service recording was reached.

*Ahtna, Inc. v. F. Heinz*, Case No. CV-00161 (THB)

7. Affiant has attempted service on the defendant by certified mail but same was not picked up and was subsequently returned to counsel's office, a copy of which is filed as Plaintiff Exhibit 7.

8. Affiant has attempted personal service but same has also been unsuccessful as evidenced by the not-found return submitted as Plaintiff Exhibit 8 with the motion.

9. Affiant requests that the court authorize the service on Mark Heinz, son of Defendant Fred Heinz, Sr., and alternatively by publication so that issue may join and this matter may proceed to final judgment.

_____
J. Michael Robbins, Esq.

SIGNED this 12th day of February, 2007.

_____
Notary for the State of Alaska
My Commission expires: Mar 6, 2007