J. Michael Robbins
General Counsel For Plaintiff Ahtna, Inc.
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court for the District of Alaska

At Anchorage

Ahtna, Inc.,

  Plaintiff,

 vs.

Frederick Heinz,

  Defendant.

Case No.: 3:06-CV-00161 (THB)

## NOTICE OF LODGING NOTICE TO ABSENT DEFENDANT

COMES NOW AHTNA, INC., Plaintiff, and requests that the Clerk approve the of NOTICE TO ABSENT DEFENDANT for use by Plaintiff in effecting service by publication on Defendant Frederick Heinz as authorized by the court's order of February 22, 2007.

Dated this 26th day of February, 2007 at Anchorage, Alaska.

J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net