In The United States District Court

For The District of Alaska at Anchorage

Ahtna, Inc.,

    Plaintiff,

  vs.

Frederick Heinz,

    Defendant.

Case No.: 3:06-CV-00161 (THB)

**NOTICE TO ABSENT DEFENDANT**

TO:  **Frederick Heinz**

Frederick Heinz, Defendant, is hereby summoned and required to file with the Court an answer to the Complaint filed in this case. The answer must be filed with the Court at 222 W. 7th Avenue, Room 229, Anchorage, AK 99513, within thirty (30) days after the last date of publication of this notice. In addition, a copy of the answer must be sent to Plaintiff's attorney, J. Michael Robbins, Esq., ABA # 7606068, whose address is. 406 W. Fireweed Lane, #103, Anchorage, AK 99503.

If Defendant Frederick Heinz, fails to file an answer within the required time, a default judgment may be entered against Defendant Frederick Heinz for the relief demanded in the Complaint.

This is an action for trespass, injunctive relief and ejectment involving real property located in the vicinity of Gakona, Alaska. The relief demanded is judgment enjoining Defendant Heinz from entering onto Plaintiff Ahtna, Inc's land, restoring Plaintiff to the possession of the real property, economic damages caused to the land equal to the cost of repair, removal, re-vegetation, and other injuries to the land and to Plaintiff's rights as landowner in the form of rent and punitive damages for Defendant's continuing trespass, plus interest, costs and attorney's fees. Frederick Heinz has been made a party to this action because he is responsible for the trespass, unlawful possession and damages.

(COURT SEAL)                        CLERK OF COURT

_____        By:_____

                                                  U.S. District Court

*Ahtna, Inc. v. F. Heinz*, Case No. CV-00161 (THB)