J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P:  (907) 868-8204
F:  (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., <br><br>      Plaintiff, <br><br>vs. <br><br>Frederick Heinz, <br><br>      Defendant. | Case No.: 3:06-CV-00161 (THB) <br><br> SECOND REQUEST FOR EXTENSION OF TIME TO EFFECT SERVICE |

    COMES NOW AHTNA, INC., Plaintiff, and advises the court that Plaintiff is arranging for service by publication on the defendant as authorized by Order dated February 22, 2007.  In order to complete the publication and/or other service arrangements, Plaintiff requests an additional 60 days per FRCP 4(m) as Plaintiff has been diligent in attempting to serve this defendant both by certified mail and by service through the Alaska State Troopers.

    The Court previously has granted one extension of ninety days which expires on or about February 28, 2007.

    Dated this 26th day of February, 2007 at Anchorage, Alaska.

_J. Michael Robbins_
J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P:  (907) 868-8204
F:  (907) 868-8265
mrobbins@ahtna.net