United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc.,<br><br>   Plaintiff,<br><br> vs.<br><br>Frederick Heinz,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 3:06-CV-00161 (TMB)<br>)<br>)<br>) |

## JUDGMENT BY DEFAULT

This action was brought by application for default before the Court, Honorable Timothy M. Burgess, District Judge, presiding, and the court having considered the application of plaintiff, the complaint and exhibits, the affidavits of Kathryn Martin and J. Michael Robbins, Esq., and the affidavit of publication of notice to absent defendant, and other orders and proceedings in this matter, and default having been duly entered,

It is Ordered and Adjudged

1. That Plaintiff is the owner of the following described lands Sections 9, 10 and 16, Township 6 North, Range 1 East, CRM, unencumbered by any claim of defendant Frederick Heinz;

2. That Defendant Frederick Heinz is permanently enjoined from entering onto Plaintiff's land including the parcels on which the vehicles, etc., of defendant have been placed, the gravel road and fish site;

3. That title is quieted in favor of Plaintiff and Plaintiff is hereby restored to quiet possession of the real property described herein;

4. That Plaintiff recover from defendant the sum of $_____, with interest at the rate of ___% as provided by law, and its costs of action.

Dated at Anchorage, Alaska, this ___ day of _____, 20___.

                     _____
                     Clerk of Court

*Ahtna, Inc. v. F. Heinz,* Case No. CV-00161 (TMB)