J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., <br>   Plaintiff, <br> vs. <br> Frederick Heinz, <br>   Defendant. | Case No.: 3:06-CV-00161 (THB) |

### NOTICE OF FILING AFFIDAVIT OF PUBLICATION

COMES NOW PLAINTIFF, Ahtna, Inc., appearing herein through undersigned counsel and notifies the court of the filing of the affidavit of publication of NOTICE TO ABSENT DEFENDANT. Said affidavit is dated March 26, 2007, and is designated Plaintiff Exhibit 9.  This motion is submitted in support of Plaintiff's application for default.

Dated this 12th day of April, 2007 at Anchorage, Alaska.

J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

*Ahtna, Inc. v. F. Heinz*, Case No. CV-00161 (THB)

## Anchorage Daily News
## Affidavit of Publication

1001 Northway Drive, Anchorage, AK 99508

3/26/2007

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 148664 | 03/04/2007 | | 8688204ROBB | $132.80 | | | | | | |
| | 03/11/2007 | | 8688204ROBB | $132.80 | | | | | | |
| | 03/18/2007 | | 8688204ROBB | $132.80 | | | | | | |
| | 03/25/2007 | | 8688204ROBB | $132.80 | | | | | | |
| | | | | $531.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $531.20 |

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Teresita Peralta, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed ___/s/ Peralta___

Subscribed and sworn to me before this date:
___March 26, 2007___

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: 09/12/2007

___/s/ Kimberly A. Kirby___

[Notary seal: KIMBERLY A. KIRBY, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires Sept. 12, 2007]

---

**In The United States District Court For The District Of Alaska At Anchorage**

Ahtna, Inc.,
   Plaintiff,
vs.
Frederick Heinz,
   Defendant.

Case No. 3:06-CV-00161(THB)
**NOTICE TO ABSENT DEFENDANT**

TO: FREDERICK HEINZ

Frederick Heinz, Defendant, is hereby summoned and required to file with the court an answer to the Complaint filed in this case. The answer must be filed with the Court at 222 W. 7th Avenue, Room 229, Anchorage, AK 99513, within thirty (30) days after the last date of publication of this notice. In addition, a copy of the answer must be sent to Plaintiff's attorney, J. Michael Robbins, Esq., ABA# 7606068, whose address is 406 W. Fireweed Lane, #103, Anchorage, AK 99503.

If Defendant Frederick Heinz fails to file an answer within the required time, a default judgment may be entered against Defendant Frederick Heinz for the relief demanded in the Complaint.

This is an action for trespass, injunctive relief and ejectment involving real property located in the vicinity of Gakona, Alaska. The relief demanded is judgment enjoining Defendant Heinz from entering onto Plaintiff Ahtna, Inc's. land, restoring Plaintiff to the possession of the real property, economic damages caused to the land equal to the cost of repair, removal, re-vegetation, and other injuries to the land and to Plaintiff's rights as landowner in the form of rent and punitive damages for Defendant's continuing trespass, plus interest, costs and attorney's fees. Frederick Heinz has been made a party to this action because he is responsible for the trespass, unlawful possession and damages.

/s/: Ida Runack
Clerk Of Court

Pub: 3/4, 11, 18, 25, 20

---

Ahtna, Inc. v. Heinz
Exhibit 9
Page 1 of 1