J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., <br><br>    Plaintiff, <br><br>vs. <br><br>Frederick Heinz, <br><br>    Defendant. | Case No.: 3:06-CV-00161 (THB) |

### AFFIDAVIT OF J. MICHAEL ROBBINS, ESQ.

STATE OF ALASKA      )
                     )ss.
THIRD JUDICIAL DISTRICT )

    BEFORE ME, NOTARY, personally came and appeared J. Michael Robbins, who, after being duly sworn, did depose and say that:

1.    I am the attorney for the Plaintiff, Ahtna, Inc. ("AI"), and make this statement on the basis of personal information and belief.

2.    On behalf of plaintiff service was on the defendant was attempted by certified mail, restricted delivery, placed in the U.S. Mail on or about September 6, 2006. Thereafter, notices of the service were provided to the defendant's post office box on 9/9/06, 9/12//06 and 9/22/06. A copy of the original envelope was previously filed as Plaintiff Exhibit 7. This occurred prior to the final publication of notice.

3.    Subsequently, service was attempted by personal service through the Alaska State Troopers assigned to the Glennallen area. The no-found return was previously filed as Plaintiff Exhibit 8.

4.    I reaffirm the earlier AFFIDAVIT OF COUNSEL IN SUPPORT OF EX PARTE MOTION TO ALLOW SERVICE OF PROCESS ON FAMILY MEMBER OF ABSENT DEFENDANT OR BY PUBLICATION.

5.    By order of the court dated February 22, 2007 (Docket # 16), Plaintiff caused to be published notice to absent defendant. The Affidavit of publication was submitted by Notice of Filing Affidavit of

1  Publication showing publications on 03/04/07, 03/11/07, 03/18/07 and 03/25/07 in the Anchorage Daily
2  News, a paper of general circulation in the State of Alaska.
3  6.    No person against whom default is sought is an infant, incompetent, or in the military service of
4  the United States.
5  7.    Based on the forgoing, the Court is requested to enter default in favor of plaintiff as requested in
6  the complaint, the supporting affidavits and the record in this proceeding.
7      FURTHER YOUR AFFIANT SAYETH NAUGHT.

J. Michael Robbins, Esq., ABA # 7606068

Dated this 12th day of April, 2007.

Notary for the State of Alaska
My Commission expires: Mar 17, 2011