J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., <br><br>           Plaintiff, <br><br>      vs. <br><br> Frederick Heinz, <br><br>           Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 3:06-CV-00161 (TMB) <br> ) <br> ) <br> ) |

### APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

   COMES NOW Ahtna, Inc., Plaintiff, and requests entry of default against the Defendant Frederick Heinz, who has failed to enter an appearance or respond to the complaint filed in this matter. This request is based on the record in this proceeding, the affidavit of publication, the Affidavit of Kathryn Martin, and the Affidavit of J. Michael Robbins, Esq.  A cost computation is submitted.

   The Judgment sought is for the following:

1. Judgment enjoining Defendant from entering onto Plaintiff's land;
2. Judgment quieting title and restoring Plaintiff to the possession of the real property;
3. Judgment for economic damages caused to the land equal to the cost of repair, removal of items of personal property, revegetating, and other injuries to the land and to Plaintiff's rights as landowner in the form of rent and punitive damages;
4. Judgment for all costs and fees incurred in having to bring this action;

Dated this 12th day of April, 2007 at Anchorage, Alaska.

J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

*Ahtna, Inc. v. F. Heinz*, Case No. CV-00161 (TMB)