**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone     (907) 272-7989**
**Fax        (907) 274-9829**
**Email      dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FREDERICK HEINZ. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | CASE NO. 06-CV-00161 TMB |

### **ENTRY OF APPEARANCE**

Comes now David D. Clark of the Law Office of David Clark and enters his appearance on behalf of defendant Frederick Heinz and requests that all pleadings and other documents be served at his office at 101 East 9th Ave., Suite 12-B, Anchorage, AK 99501.

Dated at this 16th day of April, 2007

        LAW OFFICE OF DAVID D. CLARK
        Attorneys for Defendant

        By:   s/ David Clark_____
            David Clark
            101 E. 9th Ave., Suite 12-B
            Anchorage, AK 99501
            Phone:        (907) 272-7989
            Fax:           (907) 274-9829
            E-Mail       dclark@lawddc.com
            AK Bar No. 8310110

I HEREBY CERTIFY that on April 16, 2007
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

     s/ David Clark