**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone** (907) 272-7989
**Fax** (907) 274-9829
**Email** dclark@lawddc.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FREDERICK HEINZ. )<br>)<br>Defendant. ) | )<br>) CASE NO. 06-CV-00161 TMB |

## OPPOSITION TO MOTION TO ENTER DEFAULT

Defendant, Frederick Heinz, by and through counsel opposed the plaintiff's motion for default.  The undersigned was just contacted on April 16, 2007 by Mr. Heinz who reported he is located in Kansas City presently.  Mr. Heinz has lived in Alaska since at least the early 1960s and although he plans to return, will not return to the state until after the Memorial Day weekend.

Mr. Heinz reported to the undersigned that he picked up a certified mail in Kansas City on April 16, 2007, where it was forwarded from Gakona, Alaska, and called the undersigned immediately.  Mr. Hines reported the certified number on the letter he picked up was "70041350000057422032"

It appears that Mr. Heinz was served by publication; however he reported that he had no knowledge of the lawsuit.  Lawsuits are better resolved on the facts rather

than through default.    Mr. Hines is filing his answer contemporaneously with this Opposition.

        Dated at this 16th day of April, 2007

                LAW OFFICE OF DAVID D. CLARK
                Attorneys for Defendant

                By:  s/ David Clark
                    David Clark
                    101 E. 9th Ave., Suite 12-B
                    Anchorage, AK 99501
                    Phone:    (907) 272-7989
                    Fax:      (907) 274-9829
                    E-Mail    dclark@lawddc.com
                    AK Bar No. 8310110

I HEREBY CERTIFY that on April 16, 2007
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

      s/ David Clark