**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone        (907) 272-7989**
**Fax            (907) 274-9829**
**Email        dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) CASE NO. 06-CV-00161 TMB |

## <u>ANSWER</u>

Defendant, Frederick Heinz, by and through counsel answers plaintiff's allegations

1.      Plaintiffs are pleading allegations of law and as such no responses are required.  Notwithstanding the previous response, defendant is of the belief that this matter should be heard in the State Courts in the State of Alaska

2.      Defendant has insufficient information to form a belief as to the truth of the allegations and therefore denies the same.

3.      Admit

4.      Defendant has insufficient information to form a belief as to the truth of the allegations and therefore denies the same.

5.    Defendant has insufficient information to form a belief as to the truth of the allegations and therefore denies the same.

6.    Defendant denies paragraph 6.

7.    Defendant has insufficient information to form a belief as to the truth of the allegations and therefore denies the same.

8.    Denied

9.    Defendant admits that demand has been made but denies all other allegations in plaintiff's paragraph 9.

10.    Defendant denies the allegations in plaintiff's paragraph 10.

11.    Denied.

12.    Denied.

13.    Denied

14.    Denied

15.    Denied

16    Denied

FIRST CAUSE OF ACTION Trespass & Injunctive Relief

17.    Defendant incorporates all answers given above as though fully set forth herein.

18.    Denied

19.    Denied

20    Denied

Answer
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 2 of 4

21.    Denied

## SECOND CAUSE OF ACTION

22.    Denied

23.    Denied

## THIRD CAUSE OF ACTION

24.    Denied

25.    Denied

26.    Denied.

## Affirmative Defenses

1.    Plaintiff fails to state a claim upon which relief can be granted.

2.    Statute of limitations bars plaintiff's claims.

3.    The defendant owns the property by virtue of the doctrine of adverse possession.

4.    The defendant is a valid owner and occupier of the land pursuant to ANCSA.

5.    The doctrine of laches applies and bars the plaintiff's claim.

6.    Plaintiff does not own the land in question.

7.    Defendant reserves the right to assert other and further

defenses to the claims made by plaintiff.

Dated at this 16th day of April, 2007

LAW OFFICE OF DAVID D. CLARK
Attorneys for Defendant


By:   s/ David Clark
            David Clark
            101 E. 9th Ave., Suite 12-B
            Anchorage, AK 99501
            Phone:         (907) 272-7989
            Fax:             (907) 274-9829
            E-Mail         dclark@lawddc.com
            AK Bar No. 8310110

I HEREBY CERTIFY that on April 16, 2007
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.


          s/ David Clark