**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone     (907) 272-7989**
**Fax         (907) 274-9829**
**Email      dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FREDERICK HEINZ. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | CASE NO. 06-CV-00161 TMB |

## JURY DEMAND

Defendant, Frederick Heinz, by and through counsel demands a trial by jury on all matters triable by jury.

Dated at this 16th day of April, 2007

        LAW OFFICE OF DAVID D. CLARK
        Attorneys for Defendant

        By:__s/ David Clark_____
            David Clark
            101 E. 9th Ave., Suite 12-B
            Anchorage, AK 99501
            Phone:       (907) 272-7989
            Fax:           (907) 274-9829
            E-Mail      dclark@lawddc.com
            AK Bar No. 8310110

I HEREBY CERTIFY that on April 16, 2007
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.


      s/ David Clark