J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

Ahtna, Inc.,

        Plaintiff,

   vs.

Frederick Heinz,

        Defendant.

Case No.: 3:06-CV-00161 (TMB)

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF APPLICATION FOR DEFAULT**

COMES NOW Ahtna, Inc, Plaintiff, appearing herein through undersigned counsel and notifies the court of the withdrawal of the application for default as defendant's counsel has entered an appearance and filed a responsive pleading prior to the entry of default by the court.  This withdrawal further is made at the request of counsel for defendant and is therefore unopposed.

Dated this 18th day of April, 2007 at Anchorage, Alaska.

J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

I HEREBY CERTIFY that on April 17, 2007,
a copy of the foregoing was served electronically on:

David C. Clark, Esq.
Attorney for Defendant Frederick Heinz

_____
J. Michael Robbins, Esq.

Ahtna, Inc. v. F. Heinz, Case No. CV-00161 (TMB)
Plf's Notice of Withdrawal of Application for Default
Page 1 of 1

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., | ) |
|     Plaintiff, | ) |
| vs. | ) Case No.: 3:06-CV-00161 (TMB) |
| Frederick Heinz, | ) ORDER (PROPOSED) |
|     Defendant. | ) |

IT IS ORDERED that Plaintiff's NOTICE OF WITHDRAWAL OF APPLICATION FOR DEFAULT be and the same is hereby GRANTED.

Dated this ____ day of _____, 20__ at Anchorage, Alaska.

TIMOTHY M. BURGESS
U.S. District Court Judge

*Ahtna, Inc. v. F. Heinz,* Case No. CV-00161 (TMB)
ORDER (PROPOSED)
Page 1 of 1