UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC<br><br>             Plaintiff<br>vs.<br><br>FREDERICK HEINZ<br><br>             Defendant | Case No. 06-CV-00161 TMB<br><br>SCHEDULING AND PLANNING<br>CONFERENCE REPORT |

1. **Meeting**. In accordance with Fed. R. Civ. P. 26(f), a meeting was held on  and was attended by:

    Michael Robbins          attorney for plaintiff

    David Clark               attorney for defendant

                               attorney for defendant

                               attorney for defendant

The parties recommend the following:

2. **Pre-Discovery Disclosures**. The information required by FED. R. CIV. P. 26(a)(1):

    ____ have been exchanged by the parties

    _X_ will be exchanged by the parties by 6-21-07

    Proposed changes to disclosure requirements:  None

Preliminary witness lists

    ___  have been exchanged by the parties

   X  will be exchanged by the parties by June 21, 2007

3. **Contested Issues of Fact and Law**.  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter: Scope and existence of existing ROWs and rights to property where the personal property of the defendant is allegedly stored.

4. **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues: Liability and damages

    B. Disclosure or discovery of electronically stored information should be handled as follows:  None.

    C.  The parties have agreed to an order regarding claims of privilege or of protection as trial preparation material asserted after production as follows: None at this time

    D. All discovery commenced in time to be completed by  ("discovery close date").  October 31, 2007

E. Limitations on Discovery.

    1. Interrogatories

        X   No change from Fed .R. Civ. P. 33(a)

        Maximum of ___ by each party to any other party.

    Responses due in ___ days.

    2. Requests for Admissions.

        X   No change from Fed. R. Civ. P. 36(a).

        Maximum of ___ requests.

    Responses due in ___ days.

    3. Depositions.

        X   No change from Fed. R. Civ. P. 36(a), (d).

        Maximum of ___ depositions by each party.

        Depositions not to exceed ___ hours unless agreed to by all parties.

F. Reports from retained experts.

    X   Not later than 45 days before the close of discovery subject to FED. R. CIV. P. 26(a)(2)(C).

___

       Reports due: _____

       From plaintiff                           From defendant

G.    Supplementation of disclosures and discovery responses are to be made:

      __X__ Periodically at 60-day intervals from the entry of scheduling and planning order.

      _____ As new information is acquired, but not later than 60 days before the close of discovery.

H.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

      __X__ 40 days prior to the close of discovery.

      _____ Not later than

5. **Pretrial Motions**.

    __X__ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    _____ Motions to amend pleadings or add parties to be filed not later than ____ .

    _____ Motions under the discovery rules must be filed not later than ____ .

    _____ Motions in limine and dispositive motions must be filed not later than ____ .

6. **Other Provisions**:

    A.    _X_ The parties do not request a conference with the court before the entry of the scheduling order.

         ___ The parties request a scheduling conference with the court on the following issue(s):

    B.    Alternative Dispute Resolution. [D.Ak. LR 16.2]

         ___ This matter is not considered a candidate for court-annexed alternative dispute resolution.

         ___ The parties will file a request for alternative dispute resolution not later than by close of discovery

         ___ Mediation    ___ Early Neutral Evaluation

    C.    The parties ___ do _X_ not consent to trial before a magistrate judge.

    D.    Compliance with the Disclosure Requirements of FED. R. CIV. P. 7.1

         ___ All parties have complied    _X_ Compliance not required by any party

7. **Trial**.

    A.    The matter will be ready for trial:

         _X_ 45 days after the discovery close date.

    B.    This matter is expected to take five (5) days to tray

    C.    Jury Demanded    _X_ Yes    ___ No

Right to jury trial disputed __X__ Yes ____ No.

        LAW OFFICE OF DAVID CLARK
        Attorneys for Defendant


By: __s/ David Clark_____
      David Clark
      101 E. 9th Ave., Suite 12-B
      Anchorage, AK 99501
      Phone: (907) 272-7989
      Fax:   (907) 274-9829
      Email  dclark@lawddc.com
      AK Bar No. 8310110

MICHAEL ROBBINS
Attorneys for Plaintiff


By __s/ J. Michael Robbins__
      J. Michael Robbins
      406 W. Fireweed Ln. #103
      Phone  (907) 868-8204
      Fax    (907) 868-8265
      Email  mrobbins@ahtna.net
      AK Bar No. 7606068