J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., <br><br>    Plaintiff, <br><br>vs. <br><br>Frederick Heinz, <br><br>    Defendant. | Case No.: 3:06-CV-00161 (TMB) <br><br>**PLAINTIFF AHTNA, INC'S MOTION TO COMPEL DISCLOSURE** |

COMES NOW AHTNA, INC., Plaintiff, appearing herein through undersigned counsel, and moves the court pursuant to F.R.C.P. Rule 37 and Local Rule 37.1(a) for an order compelling defendant to comply with the court's scheduling order and to otherwise respond to pending discovery requests. Counsel for Plaintiff contacted Attorney Clark's office by phone to discuss exchange of initial disclosures on two occasions the week of June 25, 2007 and on other occasions including mid-September, 2007 when discussing a site inspection. Several written requests for disclosures were sent to defendant's attorney including three letters (8/8/07, 9/10/07 and 10/9/07) and an email (10/17/07). Counsel has attempted to confer with opposing counsel on the occasions mentioned and did so in good faith.

This motion is supported by the memorandum in support and by the affidavit of counsel.

Dated this 19th day of October, 2007 at Anchorage, Alaska.

J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

CERTIFICATE OF SERVICE
I certify that on Oct. 19, 2007, I served Plf's Motion to Compel Disclosure, Plf's Memo. In Support, Affidavit of Counsel & Order (Proposed) by email to: dclark@lawddc.com and by mail to:
David Clark, Attorney
101 E. 9th Ave., Suite 12-B
Anchorage, AK  99501

J. Michael Robbins

Ahtna, Inc. v. F. Heinz, Case No. CV-00161 (TMB)
**PLAINTIFF AHTNA, INC'S MOTION TO COMPEL DISCLOSURE**
Page 1 of 1