J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., ) | |
|     Plaintiff, ) | |
| vs. ) | Case No.: 3:06-CV-00161 (TMB) |
| Frederick Heinz, ) | **AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFF AHTNA, INC'S MOTION TO COMPEL DISCLOSURE** |
|     Defendant. ) | |

STATE OF ALASKA        )
                                              )ss
THIRD JUDICIAL DISTRICT )

BEFORE ME, NOTARY, PERSONALLY CAME AND APPEARED J. Michael Robbins, Esq., who, after being duly sworn, did depose and say that:

1. I am attorney of record in this matter on behalf of plaintiff Ahtna, Inc. and make this statement on the basis of personal information and belief.

2. The allegations of fact set forth in the motion and memorandum are true and correct.

3. I made at least three phone calls to attorney Dave Clark's office regarding the disclosures that were due and spoke with him on only one occasion. Messages were left requesting a return call.

4. In the telephone conversation of mid-September, I contacted opposing counsel to discuss a site inspection by an expert witness. In that conversation, I recall that Mr. Clark acknowledged that he owed me some documents but he did not request more time or indicate when the disclosures would be provided except that he would get them to me soon.

5. The letters addressed to Mr. Clark and attached to this affidavit are true and correct and were mailed on the dates indicated. These include Affidavit Exhibit 1, dated 8/8/07; Affidavit Exhibit 2, dated 9/10/07; Affidavit Exhibit 3, dated 10/9/07; and Affidavit Exhibit 4, an email dated 10/17/07.

6. I have received no response to the letters or the email other than as indicated.

7. I have expended approximately three hours of attorney time preparing this motion including legal research, drafting and finalization of pleadings, search of the file and filing and service of the pleadings.

8. If called to testify, I would do so in accordance with the foregoing.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: October 19, 2007

J. Michael Robbins, Esq.

SWORN TO AND SUBSCRIBED THIS 19th day of October, 2007

Notary Public for Alaska
My commission expires: Mar 17, 2011



J. Michael Robbins, Esq.
General Counsel

August 6, 2007

Dave Clark, Esq.
101 E. 9th Ave., Suite 12-B
Anchorage, AK 99501

Re: *Ahtna, Inc. v. Fred Heinz* – Preliminary Disclosures

Dear Mr. Clark:

According to the Scheduling and Planning Conference Report, the parties were to exchange pre-discovery disclosures by 6-21-07. I attempted to contact you on Friday, June 29, 2007 to arrange an exchange. You did not return my call and have not provided either documents or a preliminary witness list. Therefore, you were sent Ahtna's documents and witness list on June 30, 2007.

Please provide the required disclosures immediately.

Sincerely,

J. Michael Robbins
Attorney for Plaintiff

406 West Fireweed Lane, Ste 103
Anchorage, Alaska 99503

Office: (907) 868-8204
Fax: (907) 868-8265

Affidavit Exhibit 1
Ahtna v. Heinz
Case No. 3:06-CV-00161 (TMB)



J. Michael Robbins, Esq.
General Counsel

September 10, 2007

Dave Clark, Esq.
101 E. 9th Ave., Suite 12-B
Anchorage, AK  99501

    Re:    Ahtna, Inc. v. F. Heinz, Case No. 3:06-CV-00161 (TMB)
           PLAINTIFF AHTNA, INCORPORATED'S FIRST SET
           OF DISCOVERY REQUESTS TO DEFENDANT

Dear Dave:

    Enclosed is Plaintiff's first set of discovery requests.  Please note that you have not submitted the preliminary disclosures.  This is my second notice to your office regarding these disclosures.  I also called you a couple of times but did not receive a return call.

                                   Sincerely,

                                     _____
                                   J. Michael Robbins

Enc.
cc.    File

406 West Fireweed Lane, Ste 103
Anchorage, Alaska 99503

Office: (907) 868-8204
Fax (907) 868-8265

Affidavit Exhibit 2
Ahtna v. Heinz
Case No. 3:06-CV-00161 (TMB)



J. Michael Robbins, Esq.
General Counsel

October 9, 2007

Dave Clark, Esq.
101 E. 9th Ave., Suite 12-B
Anchorage, AK 99501

      Re:   Ahtna, Inc. v. F. Heinz, Case No. 3:06-CV-00161 (TMB)

Dear Dave:

    Enclosed is a copy of Plaintiff's FINAL WITNESS LIST. There have been no new witnesses named on the list that you have not been provided previously. Three names- Joe Bovee, Ernie Charlie and Carl Overpeck – were placed on the final list based on information provided to you in the First Supplement Disclosures on September 11, 2007.

    Please note that you have not submitted the preliminary disclosures including a witness list. Obviously, without any indication of a defense or a single witness Ahtna has no one to depose from the defendant's side of the case. I note that discovery is scheduled to close on October 31st.

    This is my third written notice to your office regarding failure to disclose any evidence regarding your defense. Prior to having Mr. Overpeck, the Environmental Scientist, go to the property to inspect it for pollution and other damages, you indicated that you knew the discovery had not been provided.

    Please note that I would like to take a records deposition of the AST in the Glennallen office. I anticipate setting the deposition for Friday next week.

Sincerely,

J. Michael Robbins

Encl.

406 West Fireweed Lane, Ste 103
Anchorage, Alaska 99503

Office: (907) 868-8204
Fax: (907) 868-8265

Affidavit Exhibit 3
Ahtna v. Heinz
Case No. 3:06-CV-00161 (TMB)

### Mike Robbins

| | |
|---|---|
| **From:** | Mike Robbins |
| **Sent:** | Wednesday, October 17, 2007 4:12 PM |
| **To:** | 'dclark@lawddc.com' |
| **Subject:** | Ahtna v. Heinz |
| **Attachments:** | 3rd Disclosures.pdf |

Dave

Enclosed is plaintiff's Third Supplemental Disclosure. I have not received any disclosures or witness lists from you and will be moving to compel.

Thank you,

J. Michael Robbins
In-House Counsel
Ahtna, Inc.
406 W. Fireweed Lane, Suite 201
Anchorage, AK 99503
phone: 907.868.8204
e-mail: mrobbins@ahtna.net

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or an authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

Affidavit Exhibit 4
Ahtna v. Heinz
Case No. 3:06-CV-00161 (TMB)

10/19/2007