J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P:  (907) 868-8204
F:  (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., <br><br>         Plaintiff, <br><br>    vs. <br><br> Frederick Heinz, <br><br>         Defendant. | Case No.: 3:06-CV-00161 (TMB) <br><br> **PLAINTIFF AHTNA, INC'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCLOSURE** |

Plaintiff Ahtna, Inc ("AI") pursuant to F.R.C.P. Rule 37 and D.Ak. LR 37.1(a) has moved to compel both disclosures and responses to pending discovery.  The facts set out below and in the motion are supported by the Affidavit of Counsel which by reference is incorporated herein.

According to D.Ak.LR 37.1(a)(2), if a party fails to make a disclosure required by D.Ak.LR 26.2(a), any other party may move to compel disclosure and for appropriate sanctions.  The court's SCHEDULING AND PLANNING ORDER (Doc. 36) directed the parties to exchange initial disclosure information on June 21, 2007.  Plaintiff AI's counsel phoned defendant's counsel on or about June 25 or 26 to discuss exchanging information and mutually agreeing to extend the time set out in the scheduling order.  The undersigned did not reach counsel but did leave a message.

On or about June 30, 2007, Plaintiff AI mailed initial disclosures to defendant Heinz's counsel. None has been received from defendant Heinz's attorney and no request was ever made for an extension of time.  Several phone calls have been made (leaving messages each time) and several written requests for disclosures were sent to defendant Heinz's attorney including three letters (8/8/07, 9/10/07 and 10/9/07) and an email (10/17/07).  Affidavit Exhibits 1, 2, 3 and 4, respectively.  During a telephone call on or about September 14, 2007 counsel for defendant Heinz acknowledged that he "owed" Plaintiff AI some documents but nothing has ever been provided and no request was made for an extension of time. Thereafter, Plaintiff AI's counsel provided additional disclosures (9/11/07, 9/12/097 and 10/17/07) including a final witness list and expert reports but has received nothing, not even a phone call, in return.

Discovery pleadings have also been served on defendant Heinz and currently are past due. To defendant Heinz's credit, an expert for plaintiff AI was allowed an uninterrupted site inspection in September. However, even this activity has not motivated the defendant to attempt to comply with the initial disclosure requirements established by this court's PLANNING AND SCHEDULING ORDER. The undersigned submits that three phone calls, three letters and an email are sufficient good faith effort to support a need to request court assistance in obtaining disclosures. Given the lack of response from defendant Heinz, it appears necessary to impose sanctions including fees and costs for having to bring this motion as authorized by D.Ak. LR 37.1(a)(4)[A].

Dated this 17th day of October, 2007 at Anchorage, Alaska.

J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net