J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

Ahtna, Inc.,

    Plaintiff,

vs.

Frederick Heinz,

    Defendant.

Case No.: 3:06-CV-00161 (TMB)

NOTICE OF FILING ORDER RE: PLAINTIFF'S MOTION TO COMPEL

COMES NOW PLAINTIFF Ahtna, Inc, appearing herein through undersigned counsel and notifies the court and opposing parties that the ORDER (Proposed) was inadvertently omitted from the Motion to Compel and is attached hereto.

Dated this 19th day of October, 2007 at Anchorage, Alaska.

J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

CERTIFICATE OF SERVICE
I certify that on 10/19, 2007, I served Plf's Motion to Compel Disclosure, Plf's Memo. In Support, Affidavit of Counsel & Order (Proposed) by email to: dclark@lawddc.com and by mail to:
David Clark, Attorney
101 E. 9th Ave., Suite 12-B
Anchorage, AK 99501

J. Michael Robbins

*Ahtna, Inc. v. F. Heinz*, Case No. CV-00161 (TMB)