J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Frederick Heinz, <br><br> Defendant. | Case No.: 3:06-CV-00161 (TMB) <br><br> **O R D E R (PROPOSED)** |

   IT IS ORDERED THAT Plaintiff Ahtna, Inc's Motion to Compel be and the same is hereby GRANTED.

   IT IS FURTHER ORDERED That Defendant Heinz shall respond fully and completely to the disclosure requirements within fifteen (15) days of the date of this ORDER.

   IT IS FURTHER ORDERED that Defendant Heinz pay Plaintiff's costs and fees in the amount of $_____ which amount shall be paid within thirty (30) days of the date of this order. A failure to comply with this Order will result in further sanctions up to and including striking the answer of Defendant Heinz and entering judgment in favor of Plaintiff Ahtna, Inc.

   Dated this ____ day of _____, 20__ at Anchorage, Alaska.

   _____
   Timothy M. Burgess
   United States District Court Judge