J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

Ahtna, Inc.,

      Plaintiff,

vs.

Frederick Heinz,

      Defendant.

Case No.: 3:06-CV-00161 (TMB)

**PLAINTIFF AHTNA'S MOTION FOR SUMMARY JUDGMENT**

    **COMES NOW** Plaintiff Ahtna, Inc ("Ahtna"), appearing herein through undersigned counsel and moves the court for summary judgment including the following issues:

1. Plaintiff is owner of the land in question;
2. Plaintiff's action is not barred by the statute of limitation;
3. The defendant's claim of adverse possession is without merit;
4. The defendant is not a valid owner and occupier of the land pursuant to ANCSA.;
5. The defendant's affirmative defense based on the doctrine of laches is without merit;
6. The complaint states a cause of action.
7. Summary judgment is appropriate granting Plaintiff judgment as prayed for including the requested injunctive relief barring defendant Heinz from further use of the lands involved and awarding Ahtna damages.

    This motion is based on the supporting memorandum of law and on the pleadings, affidavits and exhibits of record in this matter.

    Dated this 31st day of October, 2007 at Anchorage, Alaska.

J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

## CERTIFICATE OF SERVICE

I, J. Michael Robbins, Esq., on Oct. 31, 2007, emailed a copy of Plaintiff's Motion for Summary Judgment, Memo in Support of M/SJ, Affidavits of C. Overpeck and K. Martin and exhibits to:
David Clark at dclark@lawddc.com

*/s/ J. Michael Robbins*
J. Michael Robbins, Esq., ABA #7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503

*Ahtna, Inc. v. F. Heinz*, Case No. CV-00161 (TMB)
Plaintiff Ahtna, Inc's Motion for Summary Judgment
- 2 -