United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 3:06-CV-00161 (THB) |
| vs. ) | |
| ) | |
| Frederick Heinz, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R (proposed)**

IT IS ORDERED that Plaintiff's MOTION FOR SUMMARY JUDGMENT be and the same is hereby GRANTED.

IT IS FURTHER ORDERED THAT Ahtna is entitled judgment declaring that it is the owner of the land and quieting title in its favor to the following described lands:

Sections 9, 10 and 16, Township 6 North, Range 1 East, CRM

IT IS FURTHER ORDRED THAT the Court specifically finds that Defendant Heinz has no right, title or interest in said lands.

IT IS FURTHER ORDERED THAT Ahtna is entitled to judgment as follows:

1. Injunctive relief directing Heinz to remove all junk, to remove his fish wheel, and to restore the land to its original condition at his expense;

2. Rent paid to Ahtna for the prior six years of use of the land;

3. Damages in an amount to be determined by the court for removal and clean-up,

4. Injunction directing Heinz to take no further action impairing the right of Ahtna or its shareholders, employees and permittees from fully and completely accessing the property;

5. Injunction directing Heinz to obtain the permission and concurrence of Ahtna before entering the property for any reason including clean-up and restoration;

6. Judgment requiring Heinz to indemnify and hold Ahtna harmless from any claims arising from hazardous wastes disposed of on Ahtna lands.

7. Damages for the gravel removed from Ahtna lands.

8. Injunctive relief directing Heinz not to block access to Ahtna lands either physically or by oral threats.

9. Continuing jurisdiction in the court until the judgment regarding injunctive relief has been completed.

*Ahtna, Inc. v. F. Heinz,* Case No. CV-00161 (TMB)

10.    Costs and fees for having to bring this action.

THE CLERK is directed to set this matter on for a hearing on damages and to notify the parties of the date, time and place for said hearing.

Plaintiff is directed to provide the court with a form of judgment appropriate for recording.

Dated this ____ day of _____, 20__ at Anchorage, Alaska.

                                                                 _____
                                                                  TIMOTHY M. BURGESS
                                                                  U.S. District Court Judge