BOOK __14__ PAGE __738__
Chitina Recording District

AA-6666-A
AA-6666-B

INTERIM CONVEYANCE



WHEREAS

AHTNA, Incorporated
(Successor in Interest to Gakona Corporation)

is entitled to a conveyance pursuant to Secs. 14(a) and 22(j) of the Alaska Native Claims Settlement Act of December 18, 1971, as amended (43 U.S.C. 1601, 1613(a), 1621(j)), of the surface estate in the following described lands:

### Copper River Meridian, Alaska

T. 6 N., R. 1 E. (Surveyed)
Those portions of Tract A more particularly described
  as (protracted):

Sec. 1;
Secs. 2 and 3, excluding U.S. Survey No. 5560, and the
  Copper River;
Sec. 4;
Sec. 5, excluding the Gakona River;
Sec. 6;
Sec. 7, excluding the Gakona River;
Sec. 8, excluding U.S. Survey No. 5562, and the Gakona River;
Sec. 9, excluding U.S. Survey No. 5560, U.S. Survey
  No. 5561, and Native allotment AA-6495 Parcel B;
Sec. 10, excluding U.S. Survey No. 4843, U.S. Survey
  No. 5560, and the Copper River;
Sec. 11, excluding the Copper River;
Secs. 12 to 14, inclusive;
Sec. 15, excluding the Copper River;
Sec. 16, excluding U.S. Survey No. 5561, Native allotment
  AA-6495 Parcel B, and the Copper River;
Secs. 17 and 18, excluding the Copper River, and the Gakona
  River;
Sec. 19, excluding the Copper River;
Secs. 20 to 36, inclusive.

Containing approximately 20,910 acres.

T. 7 N., R. 1 E. (Surveyed)
Those portions of Tract A more particularly
  described as (protracted):

Secs. 4 and 5, excluding the Gakona River;
Secs. 6 and 7;
Secs. 8 and 9, excluding the Gakona River;
Secs. 13, 14 and 15;
Secs. 16 and 17, excluding the Gakona River;
Secs. 18 and 19;
Secs. 20 and 21, excluding the Gakona River;
Secs. 22 and 23;
Sec. 24, excluding the Copper River;
Sec. 25, excluding U.S. Survey No. 5559, and the
  Copper River;
Sec. 26, excluding U.S. Survey No. 5559;
Sec. 27;
Secs. 28 and 29, excluding the Gakona River;

**564**

Interim Conveyance No. _____

Date _____OCT 27 1982_____

Ahtna Inc. v. Heinz
Complaint Exhibit 1
Page 1 of 9

Gakona Surface