

BOOK __14__ PAGE __739__
_____ Recording District

AA-6666-A
AA-6666-B

Secs. 30 and 31;
Secs. 32 and 33, excluding the Gakona River;
Sec. 34;
Secs. 35 and 36, excluding U.S. Survey No. 5559, and
  the Copper River.

Containing approximately 17,850 acres.

T. 7 N., R. 2 E. (Unsurveyed)
Sec. 1, excluding the Copper River;
Sec. 2, excluding Native allotment AA-7576,
  and the Copper River;
Sec. 3, excluding Native allotments AA-6495 Parcel A,
  and AA-7576;
Sec. 4, excluding Native allotment AA-6495
  Parcel A;
Secs. 5 and 6, excluding Native allotment AA-6713;
Sec. 8, excluding U.S. Survey No. 5277, Native allot-
  ments AA-2627 Parcel B, AA-6713, AA-7488
  Parcel A, and the Copper River;
Sec. 9, excluding U.S. Survey No. 5277, Native allot-
  ments AA-6495 Parcel A, AA-6714, and the
  Copper River;
Sec. 10, excluding Native allotments AA-6495
  Parcel A, AA-6714, and the Copper River;
Secs. 11 and 12, excluding the Copper River;
Sec. 13;
Secs. 14 to 17, inclusive, excluding the Copper River;
Sec. 18, excluding Native allotment AA-7336, and
  the Copper River;
Sec. 19, excluding the Copper River;
Secs. 21 and 22.

Containing approximately 10,588 acres.

T. 8 N., R. 2 E. (Unsurveyed)
Sec. 36, excluding U.S. Survey No. 3573, U.S. Survey
  No. 5119, Native allotments AA-2627 Parcel A,
  and A-062755 Tract I.

Containing approximately 548 acres.

T. 8 N., R. 3 E. (Unsurveyed)
Secs. 4 to 9, inclusive;
Secs. 10 and 15, excluding the Copper River;
Sec. 16, excluding Native allotment AA-6059;
Secs. 17, 18, and 19;
Sec. 20, excluding Native allotment AA-6059;
Sec. 21, excluding Native allotment AA-6059, and
  the Copper River;
Secs. 28 and 29, excluding the Copper River;
Sec. 30, excluding Native allotment A-062349;
Sec. 31, excluding Native allotments A-062349, A-062755
  Tracts 1 and 2, and the Copper River;

Interim Conveyance No. __564__

Date __OCT 2 7 1982__

2