AA-6666-A
AA-6666-B

Sec. 32, excluding the Copper River.

Containing approximately 10,274 acres.

Aggregating approximately 60,170 acres.

NOW KNOW YE, that there is, therefore, granted by the UNITED STATES OF AMERICA, unto the above-named corporation the surface estate in the land above-described, TO HAVE AND TO HOLD the said estate with all rights, privileges, immunities, and appurtenances, of whatsoever nature, thereunto belonging, unto the said corporation, its successors and assigns, forever:

EXCEPTING AND RESERVING TO THE UNITED STATES from the lands so granted:

1. The subsurface estate therein, and all rights, privileges, immunities, and appurtenances, of whatsoever nature, accruing unto said estate pursuant to the Alaska Native Claims Settlement Act of December 18, 1971 (43 U.S.C. 1601, 1613(f)); and

2. Pursuant to Sec. 17(b) of the Alaska Native Claims Settlement Act of December 18, 1971 (43 U.S.C. 1601, 1616(b)), the following public easements, referenced by easement identification number (EIN) on the easement maps attached to this document, copies of which will be found in case file AA-6666-EE, are reserved to the United States. All easements are subject to applicable Federal, State, or Municipal corporation regulation. The following is a listing of uses allowed for each type of easement. Any uses which are not specifically listed are prohibited.

    25 Foot Trail - The uses allowed on a twenty-five (25) foot wide trail easement are: travel by foot, dogsleds, animals, snowmobiles, two- and three-wheel vehicles, and small all-terrain vehicles (less than 3,000 lbs. Gross Vehicle Weight (GVW)).

    50 Foot Trail - The uses allowed on a fifty (50) foot wide trail easement are: travel by foot, dogsleds, animals, snowmobiles, two- and three-wheel vehicles, small and large all-terrain vehicles, track vehicles and four-wheel drive vehicles.

    60 Foot Road - The uses allowed on a sixty (60) foot wide road easement are: travel by foot, dogsleds, animals, snowmobiles, two- and three-wheel vehicles, small and large all-terrain vehicles, track vehicles, four-wheel drive vehicles, automobiles and trucks.

    One Acre Site  The uses allowed for a site easement are: vehicle parking (e.g., aircraft, boats, ATV's, snowmobiles, cars, trucks), temporary camping, and loading or unloading. Temporary camping, loading, or unloading shall be limited to 24 hours.

Interim Conveyance No. 564

Date OCT 27 1982

AA-6666-A
AA-6666-B

a. (EIN 1a C5, D9) An easement for an existing access trail twenty-five (25) feet in width from the Tok Cutoff, in Sec. 35, T. 7 N., R. 1 E., Copper River Meridian, southerly to site EIN 1c C5 on the left bank of the Copper River and continuing southerly to public land. The uses allowed are those listed above for a twenty-five (25) foot wide trail easement.

b. (EIN 1c C5) A one (1) acre site easement upland of the ordinary high water mark in Sec. 35, T. 7 N., R. 1 E., Copper River Meridian, on the left bank of the Copper River. The uses allowed are those listed above for a one (1) acre site.

c. (EIN 11a C5, L) An easement sixty (60) feet in width for an existing road from Mile 4 Tok Cutoff, Sec. 9, T. 6 N., R. 1 E., Copper River Meridian, easterly to site EIN 11b C5, L on the right bank of the Copper River. The uses allowed are those listed above for a sixty (60) foot wide road easement.

d. (EIN 11b C5, L) A one (1) acre site easement upland of the ordinary high water mark in Sec. 10, T. 6 N., R. 1 E., Copper River Meridian, on the right bank of the Copper River. The uses allowed are those listed above for a one (1) acre site.

e. (EIN 15a C5) An easement for an existing access trail fifty (50) feet in width from site EIN 15b C5 at Mile 9, Tok Cutoff in Sec. 26, T. 7 N., R. 1 E., Copper River Meridian, northerly to public land. The uses allowed are those listed above for a fifty (50) foot wide trail easement.

f. (EIN 15b C5) A one (1) acre site easement in Sec. 26, T. 7 N., R. 1 E., Copper River Meridian, at Mile 9 of the Tok Cutoff adjacent to and north of the road. The uses allowed are those listed above for a one (1) acre site easement.

g. (EIN 21 D1) An easement for a proposed access trail twenty-five (25) feet in width from the Tok Cutoff in Sec. 21, T. 8 N., R. 3 E., Copper River Meridian, southeasterly to public lands. The uses allowed are those listed above for a twenty-five (25) foot wide trail easement.

h. (EIN 31a C5, L) An easement fifty (50) feet in width, twenty-five (25) feet each side of the centerline, for existing powerlines and telephone lines roughly paralleling the Glenn Highway (Tok Cutoff) from Sec. 13, T. 6 N., R. 1 W., Copper River Meridian, northeasterly through the selection. The uses allowed are those associated with operation and maintenance of power and telephone line facilities.

Interim Conveyance No. _____564_____

Date _____OCT 2 7 1982_____