AA-6666-A  
AA-6666-B

14 PAGE 742  
Recording District

    i.  (EIN 31b C5, L) An easement fifty (50) feet in width, twenty-five (25) feet each side of the centerline, for existing powerlines and telephone lines from Sec. 13, T. 6 N., R. 1 W., Copper River Meridian, southeasterly to junction with EIN 31a C5,L in Sec. 18, T. 6 N., R. 1 E., Copper River Meridian. The uses allowed are those activities associated with operation and maintenance of power and telephone line facilities.

THE GRANT OF THE ABOVE-DESCRIBED LANDS IS SUBJECT TO:

1. Issuance of a patent after approval and filing by the Bureau of Land Management of the official plat or supplemental plat of survey confirming the boundary description and acreage of the lands hereinabove granted;

2. Valid existing rights therein, if any, including but not limited to those created by any lease (including a lease issued under Sec. 6(g) of the Alaska Statehood Act of July 7, 1958 (48 U.S.C Ch. 2, Sec. 6(g)), contract, permit, right-of-way, or easement, and the right of the lessee, contractee, permittee, or grantee to the complete enjoyment of all rights, privileges, and benefits thereby granted to him. Further, pursuant to Sec. 17(b)(2) of the Alaska Native Claims Settlement Act of December 18, 1971 (43 U.S.C. 1601, 1616(b)(2)) (ANCSA), any valid existing right recognized by ANCSA shall continue to have whatever right of access as is now provided for under existing law;

3. Rights-of-way for material sites granted under the Federal Aid Highway Act of August 27, 1958, as amended (23 U.S.C. 317):

    a.  A-062221, located in Tract A protracted Secs. 9 and 10, T. 6 N., R. 1 E., Copper River Meridian, Alaska;

    b.  A-067674, located in Sec. 10, T. 7 N., R. 2 E., Copper River Meridian, Alaska;

    c.  A-067454, located in Tract A protracted Secs. 25, 35, and 36, T. 7 N., R. 1 E., Copper River Meridian, Alaska;

    d.  A-058841, located in Sec. 10, T. 8 N., R. 3 E., Copper River Meridian, Alaska;

    e.  A-067627, located in Sec. 15, T. 8 N., R. 3 E., Copper River Meridian, Alaska; and

    f.  A-058842, located in Sec. 15, T. 8 N., R. 3 E., Copper River Meridian, Alaska;

4. Rights-of-way for Federal Aid Highways. Act of August 27, 1958, as amended (23 U.S.C. 317):

    a.  A-059161, located in Sec. 10, T. 8 N., R. 3 E., Copper River Meridian, Alaska;

Interim Conveyance No. __564__

Date __OCT 2 7 1982__

Ahtna Inc. v. Heinz  
Complaint Exhibit 1  
Page 5 of 9