BOOK 14 PAGE 743
Chitina Recording District

AA-6666-A
AA-6666-B

    b.  A-067583, located in Tract A protracted Secs. 3, 9, 10, and 16, T. 6 N., R. 1 E., and Tract A protracted Secs. 24, 25, 26, 34, and 35, T. 7 N., R. 1 E., Copper River Meridian, Alaska;

    c.  A-067753, located in Secs. 10, 15, 20, 21, 29, 30, and 31, T. 8 N., R. 3 E., Copper River Meridian, Alaska;

    d.  A-067759, located in Tract A protracted Secs. 13 and 24, T. 7 N., R. 1 E.; Secs. 2 to 5, inclusive, Secs. 7 to 10, inclusive, and Sec. 18, T. 7 N., R. 2 E.; Sec. 36, T. 8 N., R. 2 E.; and Sec. 31, T. 8 N., R. 3 E., Copper River Meridian, Alaska; and

    e.  AA-527, located in Sec. 10, T. 8 N., R. 3 E., Copper River Meridian, Alaska.

5.  An easement and right-of-way to operate, maintain, repair and patrol an overhead open wire and underground communication line or lines, and appurtenances thereto, in, on, over, and across a strip of land fifty (50) feet in width, lying twenty-five (25) feet on each side of the centerline of the Alaska Communication System's open wire or pole line and/or buried communication cableline, conveyed to RCA Alaska Communications, Inc. by Easement Deed dated January 10, 1971, AA-6188, pursuant to the Alaska Communications Disposal Act (40 U.S.C. 771, et seq.) located in Tract A protracted Secs. 3, 9, 10, and 16, T. 6 N., R. 1 E.; Tract A protracted Secs. 13, 23, 24, 25, 26, 34, and 35, T. 7 N., R. 1 E.; Secs. 2, 3, 4, 5, 7, 8, 9, 10, and 18, T. 7 N., R. 2 E.; Sec. 36, T. 8 N., R. 2 E.; and Secs. 10, 15, 16, 20, 21, 29, 30, and 31, T. 8 N., R. 3 E., Copper River Meridian, Alaska;

6.  An easement for highway purposes, including appurtenant protective, scenic and service areas, extending one hundred fifty (150) feet on either side of the centerline of the Glenn Highway (Tok Cutoff), as established by Public Land Order 1613 (23 F.R. 2376), pursuant to the Act of August 1, 1956 (70 Stat. 898) and transferred to the State of Alaska pursuant to the Alaska Omnibus Act, P.L. 86-70 (73 Stat. 141) located in Tract A protracted Secs. 3, 9, 10, and 16, T. 6 N., R. 1 E.; and Tract A protracted Secs. 13, 24, 25, 26, 34, and 35, T. 7 N., R. 1 E.; Secs. 2 to 5, inclusive, 7 to 10, inclusive, and 18, T. 7 N., R. 2 E.; Sec. 36, T. 8 N., R. 2 E.; and Secs. 10, 15, 20, 21, 29, 30, and 31, T. 8 N., R. 3 E., Copper River Meridian, Alaska;

7.  A right-of-way, A-062297, granted to Copper Valley Electric Association, Inc., Act of October 21, 1976 (43 U.S.C. 1761-1771), in Secs. 3, 8, 9, and 10, T. 6 N., R. 1 E.; and Secs. 13, 23, 24, 26, 34, and 35, T. 7 N., R. 1 E.; Copper River Meridian, Alaska; and

Interim Conveyance No. 564
Date OCT 27 1982

Ahtna Inc. v. Heinz
Complaint Exhibit 1
Page 6 of 9