BOOK __14__ PAGE __744__
Chitina Recording District

AA-6666-A
AA-6666-B

8. Requirements of Sec. 14(c) of the Alaska Native Claims Settlement Act of December 18, 1971 (43 U.S.C. 1601, 1613(c)), that the grantee hereunder convey those portions, if any, of the lands hereinabove granted, as are prescribed in said section.

IN WITNESS WHEREOF, the undersigned authorized officer of the Bureau of Land Management has, in the name of the United States, set his hand and caused the seal of the Bureau to be hereunto affixed on this 27th day of October, 1982, in Anchorage, Alaska.

UNITED STATES OF AMERICA



_____
Assistant to the State Director
for Conveyance Management

2 60°
8 2-0 9 2 2

RECORDED ~~FILED~~
CHITINA REC.

Nov 10  4 10 PM '82
AHTNA, Inc
FROM
ADDR... Drawer "B"
Copper Center, AL
99573

Interim Conveyance No. __564__
Date __OCT 27 1982__