

J. Michael Robbins, Esq.
General Counsel

December 1, 2005

CRRR #:  7004 1350 0005 7421 2001

Fred Heinz
P. O. Box 125
Gakona, Alaska 99585

Re:   Cease and Desist Continuing Trespass: T. 6 N., R. 1 E., CRM

Dear Mr. Heinz:

You are notified that the road you have constructed to the banks of the Copper River encroach on Ahtna lands. A review of our records disclose that you have no right or authority to maintain a fish wheel on lands belonging to Ahtna and have no permission to construct a road over Ahtna land to reach the fish wheel. The trespass occurs when you leave your lot described as part of USS 5560 and from there traverse Ahtna land to the fish wheel location, all of which is situated in T. 6 N., R. 1 E., Copper River Meridian, Alaska.

On behalf of Ahtna, Inc., the undersigned requests that you cease all further use of this road and fish wheel site. You have trespassed on the property of Ahtna, Inc., in this manner regularly since at least June, 2005 and the road constitutes a continuing trespass. You should also contact the Ahtna Land Department (Travis Cronin, 822-3476) in Glennallen to arrange payment for reclamation of the land impacted by your unlawful actions.

If you do not discontinue the practice of trespassing on Ahtna, Inc.'s property, the undersigned shall institute a legal action against you to obtain monetary damages and injunctive relief restraining you from further trespasses.

Sincerely,

J. Michael Robbins
In-House Counsel

406 West Fireweed Lane, Ste 103
Anchorage, Alaska 99503

Office: (907) 868-8204
Fax: (907) 868-8296

Ahtna Inc. v. Heinz
Complaint Exhibit 6
Page 1 of 3

Fred Heinz
Cease & Desist Trespass
December 1, 2005
Page 2

cc.  K. Martin, Land Manager, AI
     T. Cronin, Land Tech., AI

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Fred He____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Fred Heinz_   C. Date of Delivery _12/12/05_ |
| 1. Article Addressed to:<br>Fred Heinz<br>P.O Box 125<br>Gakona, AK 99586 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1350 0005 7421 2001 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Ahtna Incorporated
406 West Fireweed Lane Suite 103
Anchorage, AK 99503

Attn: Mike Robbins



Ahtna Inc. v. Heinz
Complaint Exhibit 6
Page 3 of 3