Form 1860-8
(January 1965)
(formerly 4-1040)

Anchorage 062863

# The United States of America,

*To all to whom these presents shall come, Greeting:*

WHEREAS

Frederick E. Heinz

is entitled to a Land Patent pursuant to the Homesite Act of May 14, 1898, 30 Stat. 413, as amended and supplemented; 43 U.S.C. 687a (1970), for Lot 2 of the land embraced in U.S. Survey 5560, Alaska, situated about four miles northerly of Gakona, Alaska.

Containing 5.00 acres:

NOW KNOW YE, that there is, therefore, granted by the UNITED STATES, unto the above named claimant the land above described; TO HAVE AND TO HOLD the said land with all the rights, privileges, immunities, and appurtenances, of whatsoever nature, thereunto belonging, unto the said claimant, his successors and assigns, forever;

EXCEPTING AND RESERVING TO THE UNITED STATES

1. A right-of-way thereon for ditches and canals constructed by the authority of the United States. Act of August 30, 1890, 26 Stat. 391; 43 U.S.C. 945.

2. A right-of-way thereon for the construction of railroads, telegraph, and telephone lines, as prescribed and directed by the Act of March 12, 1914, 38 Stat. 305.

3. A right-of-way for material site Anchorage 062221. Act of August 27, 1958, as amended, 23 U.S.C. 317.

4. All the oil and gas in the land so patented, and to it, or persons authorized by it, the right to prospect for, mine, and remove such deposits from the same upon compliance with the conditions and subject to the provisions and limitations of the Act of March 8, 1922, 42 Stat. 415, as amended and supplemented.

There is excepted and reserved any element of ownership from the lands hereby conveyed, including but not restricted to any estate or interest in property, or permit, or other right, transferred by the United States pursuant to the Alaska Communications Disposal Act approved November 14, 1967 (81 Stat. 441-444)(40 U.S.C. 771-792).

IN TESTIMONY WHEREOF, the undersigned authorized officer of the Bureau of Land Management, in accordance with the provisions of the Act of June 17, 1948 (62 Stat. 476), has, in the name of the United States, caused these letters to be made Patent, and the Seal of the Bureau to be hereunto affixed.

GIVEN under my hand, in Anchorage, Alaska the TWENTY-EIGHTH day of JULY in the year of our Lord one thousand nine hundred and SEVENTY-TWO and of the Independence of the United States the one hundred and NINETY-SEVENTH.

[SEAL]

By _J. A. Hagano_
Chief Adjudicator

Patent Number 50-73-0026

EXHIBIT 8
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 1 of 2

AHTNA/HEINZ - 19

To Whom it may concern:

I, Fred Heinz, Plaintiff in this land matter, have occupied this land since March 1966 continuous to this date, December 19, 1978.

My family and I had a home on this land which we lived in or a hired hand lived in until a year ago.

From March 1966 to 1971, we had all of our business on this land:

1. Texaco Service Station
2. Drilling rig and related equipment
3. Wreckers
4. Salvage
5. Loading ramps (one for low bed trailors; one for high bed)
6. Lumber and fire wood storage.

In 1971, the highway realignment took out the Texaco Service Station. Since that time we have continued to use the land for:

1. Salvage car and truck storage
2. Wrecker, line truck and bus storage
3. Loading and unloading trucks, cats and equipment on the loading ramps
4. We have a well, septic tank, building for storage, generator house and commercial power on land.

If we do not keep the right to use this land, it will practically put us out of business.

_____Fred Heinz_____
     Fred Heinz

_____12/19/1978_____
          Date

Sworn and subscribed before me this 19th day of December, 1978.

SHELDON S. SPRECKER
DISTRICT MAGISTRATE
GLENNALLEN, ALASKA 99588