

6000 A Street
Anchorage, AK 99518
Phone (907) 562-5420
Fax (907) 562-5426

October 11, 2007

Ahtna Incorporated
Mr. J. Michael Robbins
406 W. Fireweed Lane
Anchorage, AK. 99503
mrobbins@ahtna.net

**RE:   Site Assessment, Ahtna, Inc. Property-Gakona**

Dear Mr. Robbins:

On 18-September-2007 PENCO conducted limited site assessment of the Ahtna property located at Gakona off Mile 5 of the Tok Cutoff, and adjacent to USS 5560 Lot 2 owned by a Mr. Frederick Heinz. The purpose of the assessment was to document the presence of suspected or existing contamination, the result of Mr. Heinz having utilized both properties for storage of heavy equipment, junk vehicles, junk snow machines, storage tanks, 55 gallons drum, various scrap and other debris. The limited site assessment did not include historical research, searches of contaminated site database, identification of potentially responsible parties (PRPs), survey, subsurface investigation, or complete identification and quantitation of surface contamination.

Upon arriving at the site PENCO (Environmental Scientist and Technician) met with Mr. Heinz for the purpose of introduction. Mr. Heinz stated that he has conducted used oil recycling, and salvaging of heavy equipment, cars, scrap, and miscellaneous equipment for over 40 years on-site. Mr. Heinz' dialogue is discussed further as an attachment to this letter report.

Mr. Heinz admitted placing equipment, vehicles, empty drums and other salvaged items on Ahtna property to the west of Mr. Heinz' lot. The exact location of the property line was unknown at the time of the site visit; however some ~100 vehicles, ~70 snow machines, 12+ pieces of heavy equipment, large storage tanks, dozens of empty drums, one unknown 16-20 gallon green DoD drum (hydrochloric acid contents suspected, see attached specification O-H-765C), trailer with brake shoes, and small deteriorating structures with various contents are clearly located on Ahtna property.

On the Ahtna property west of the Heinz lot, in proximity to, and in some cases underneath heavy equipment, are small lubricant and/or fuel spills. These small spills could be physically excavated, and would likely comprise less than 5 cubic yards of petroleum, oil, and lubricant (POL) contaminated soil. As the POL concentrations at these locations exceed regulatory standards, removal or some other form of remedial mitigation is necessary.

65 N Nimitz Highway, Pier 14, Honolulu, HI 96817          1500 S. Barracuda St., Berth 270/271 L.A., Terminal Island, CA 90731
Phone (808) 545-5195     Fax (808) 538-1703                       Phone (310) 547-0919     Fax (310) 547-0031

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 1 of 29



6000 A Street
Anchorage, AK 99518
Phone (907) 562-5420
Fax (907) 562-5426

October 11, 2007
**Ahtna, Inc. Property-Gakona**                                                                                         Page 2 of 4

Of greater concern are the numerous junked vehicles parked throughout the properties, most in areas overgrown with trees and brush. The assumption is fluids (glycols, oil, brake fluid, gear lube, transmission fluids, A/C fluids, and batteries) were not removed from the vehicles, and in many instances these fluids may have leaked to the ground over the years.

In the event the vehicles are removed from the property for disposal as scrap, the above mentioned fluids, batteries, and tires will require removal. Additionally, older vehicles have mercury switches beneath the hood and trunks, which were used to activate the lights. These mercury switches will require removal prior to scrap. Presently vehicles presented for scrap can gain $25 to $30/ton in Anchorage.

The costs to remove, contain, and dispose of the fluids, mercury switches, and tires; crush, load, and transport the vehicles and scrap to salvage greatly exceeds their worth however.

Assuming small quantities of stained soils can be physically excavated from beneath the vehicles after removal, perhaps an additional ~10 cubic yards of POL soils could be generated. The cost for disposal/remediation of POL soil is on the order of $120/cubic yard plus transport to either North Pole, or Anchorage soil remediation facilities.

Two soil samples were grabbed from surface spills beneath heavy equipment on Ahtna property. The two samples were analyzed for polychlorinated biphenyls (PCBs) and the 1st sample for diesel and residual range organics (DRO/RRO). The locations of the samples are depicted on an attached site map.

| Sample ID | DRO | RRO | PCBs |
|---|---|---|---|
| 091807-01SS | **9,740** | U (1,080) | U (0.5) |
| 091807-02SS | na | na | U (0.5) |
| *Cleanup Standards* **18 AAC 75 Level B** | *250* | *10,000* | *1* |

All values in mg/Kg = ppm (dry); 18 AAC 75 Level B, under 40 inch precipitation standards;
DRO migration to groundwater pathway;
RRO ingestion pathway; PCBs ingestion pathway;
U = Undetected or below Practical Quantitation Limit (PQL) shown in parentheses;
na = not analyzed for this parameter.

The DRO concentration of 9,740 mg/Kg greatly exceeds the 18 AAC 75 Level B cleanup standard of 250 mg/Kg. No PCBs were detected in the two samples.

65 N Nimitz Highway, Pier 14, Honolulu, HI 96817        1500 S. Barracuda St., Berth 270/271 L.A., Terminal Island, CA 90731
Phone (808) 545-5195    Fax (808) 538-1703                         Phone (310) 547-0919    Fax (310) 547-0031

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 2 of 29



6000 A Street
Anchorage, AK  99518
Phone (907) 562-5420
Fax (907) 562-5426

October 11, 2007
**Ahtna, Inc. Property-Gakona**                                                                    Page 3 of 4

Assuming no large spill(s) are encountered and all drums (with exception of single green DoD drum) are empty; the Rough-Order-of-Magnitude (ROM) cost to remove all vehicles, debris, fluids, tires, drums, and nominal tainted soils from the Ahtna property is  $40,000 to $75,000, the greatest cost being the transportation of salvage to the MatSu Valley.

The ROM cost to remove and remediate POL soils is on the order of $10,000 to $15,000, including nominal assessment and post removal confirmational laboratory analyses.

Of concern are Mr. Heinz' used oil activities which pre-date Resource Conservation & Recovery Act (RCRA) and Toxic Substances Control Act (TSCA) hazardous waste regulations of 1976.  Today used oil is largely managed in an environmentally responsible manner; however prior to the promulgation of RCRA and TSCA; PCBs, solvents, and other chemicals were commonly co-mingled with used oil.  The chemicals pose much greater human and ecological toxicity risks than common petroleum, oil, and lubricants.  In the event used oil containing PCBs or filter grit containing PCBs were burned, extremely toxic dioxins would be formed.

Additionally Mr. Heinz referred to a former tar/asphalt pit located on the Ahtna property, presumably associated with an asphalt plant; i.e. road building project(s).  Mr. Heinz stated that he had doused the tar with the diesel and burned the material off, and buried the remains.  As such there remains the possibility of subsurface POL contamination at the site.  Since Mr. Heinz was conducting used oil operations, there is a speculative possibility said activities might have been associated with the pit and burn activities.  Nominal subsurface investigation; i.e. drilling, sampling, and analysis ROM costs is $15,000-$20,000 provided Mr. Heinz identifies the location of the former pit.

| **Rough-Order-of-Magnitude (ROM) Costs** |||
|---|---|---|
| **Removal, Remediation, Sampling & Assessment: Ahtna Inc. Property-Gakona** |||
| **#** | **Description** | **ROM Cost** |
| 1 | Removal of all vehicles (including fluids, tires, and mercury switches), scrap and debris from Ahtna, Inc. | $40,000-$75,000 |
| 2 | Removal & Remediation of 10-15 cubic yards of POL contaminated soils, plus nominal confirmational site sampling and analyses. | $10,000-$15,000 |
| 3 | Subsurface Investigation (drill rig, sampling & analyses), former tar/asphalt pit. | $15,000-$20,000 |
| 4 | Excavate & Remediate, sampling & assessment 100-1000 cubic yards non-regulated RCRA/TSCA (non-hazardous) POL contaminated soils. | $40,000-$250,000 |
| 5 | Excavate & Remediate, sampling & assessment 100-1000 cubic yards RCRA/TSCA regulated (hazardous waste) contaminated soils. | $200,000-$1,250,000 |

Note:  Line items 4 and/or 5 based upon contaminated results from subsurface investigation line item #3.

**65 N Nimitz Highway, Pier 14, Honolulu, HI  96817**           **1500 S. Barracuda St., Berth 270/271 L.A., Terminal Island, CA  90731**
**Phone (808) 545-5195     Fax (808) 538-1703**                        **Phone (310) 547-0919     Fax (310) 547-0031**

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 3 of 29



6000 A Street
Anchorage, AK 99518
Phone (907) 562-5420
Fax (907) 562-5426

October 11, 2007     Page 4 of 4
**Ahtna, Inc. Property-Gakona**

In the event oily waste, solvents, and/or PCBs were discovered and groundwater is impacted, the ROM costs for assessment and remediation of the Ahtna property could increase by *an order of magnitude* or more.

On the following pages are found:

1)     Interview with Fred Heinz;
2)     Photolog;
3)     Site map with Sampling Locations;
3)     Aerial photos, 1962, 1982, 1995, 1997, 2004, and Google Earth 2007;
4)     SGS Environmental Services Report 1074938; and
5)     Drum Specification O-H-765C).

Regarding the aerial photos, the inclusion of survey and GIS data was not included within the scope of services.

Please don't hesitate to call should you have any questions or require further information.

Sincerely,

Carl Overpeck, Chemist
Project Manager
Pacific Environmental Corporation

Cc: File

65 N Nimitz Highway, Pier 14, Honolulu, HI 96817     1500 S. Barracuda St., Berth 270/271 L.A., Terminal Island, CA 90731
Phone (808) 545-5195    Fax (808) 538-1703     Phone (310) 547-0919    Fax (310) 547-0031

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 4 of 29



At 13:00 on Tuesday September 18th 2007, PENCO Environmental Scientist Carl Overpeck and Hazmat Technician Greg Plett (PENCO) met with Frederick Heinz at Mr. Heinz' home site located in Gakona, AK.  The home site is described as USS 5560 Lot 2.

Mr. Heinz had been advised by counsel that PENCO would be conducting environmental assessment and sampling on the adjacent Ahtna property.

Upon meeting PENCO, Mr. Heinz proceeded to share his 40+ years of experience on site including the recycling of used oil.  Mr. Heinz expressed pride in his work and showed PENCO his used oil recycling operation in his shop which involved distilling off glycols, and micron filtering of the oil. Mr. Heinz explained he used the oil to heat his shop, and he disposed of the glycols and filter grit in his burn barrel outside.

Next Mr. Heinz showed PENCO the location where he conducted bulk transfer of used oil from drums to above-ground storage tank.  The location, just southeast of his house including ~100+ stacked empty drums, and an area of approximately 24' X 60' of gravel driveway appeared saturated with black used oil.

Throughout the property and adjacent Ahtna property are several other stashes of empty 55 gallon drums.  While traversing the property with Mr. Heinz, PENCO noticed and inquired about three large transformers, one of which exhibited "sweating" of contents. Mr. Heinz shared the transformers were used for remote camps and that they were 20+ years old.  PENCO informed Mr. Heinz that the transformers likely contained PCBs, and that they should be tested, and possibly disposed of by qualified professionals.  Mr. Heinz inquired if he could empty the transformers and burn the contents.  PENCO strongly advised Mr. Heinz not to move or empty the transformers, and that burning PCBs could cause far worse environmental damage.

Proceeding from the location of the transformers, Mr. Heinz shared that he had "cleaned-up" the Ahtna property.  He stated that the site had at one time been contaminated with a tar/asphalt pit, which he had excavated, doused with diesel fuel, burned, and buried.  He also stated that the site had become a local drum and auto dumping site over the years. Approaching the property line; Mr. Heinz showed PENCO ~20 lead-acid batteries from his wind-generator, which had frozen and broken.  PENCO advised Mr. Heinz to gain qualified waste disposal/recycling of the batteries, and that as broken, they constituted hazardous waste.  Mr. Heinz shared that when he discovered the broken batteries he cleaned up the acid with sorbents and then burned the acid-laden sorbents.

There are 100+ junk vehicles, and a myriad of snow machines, generators, heavy equipment and other debris strewn across Mr. Heinz' and the adjacent Ahtna property to the west.  Other than the used oil transfer area, no other "large" spills were evidenced. Several small spills of lubricants were observed under and about heavy equipment, and one can presume that there are small lubricant spills, underneath many of the vehicles.

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 5 of 29



Regarding his used oil operations, Mr. Heinz stated that he had been conducting the practice since the 1960s, gaining used oil from sources including Copper Valley Electric and HAARP. The fact that his operations pre-date the 1976 and RCRA and TSCA hazardous waste regulations causes serious concern. Pre-1976 "used-oil" practices included co-mingling many wastes including solvents and PCBs. This, and the fact that Mr. Heinz has burned and presumably buried the used oil filter grit yields additional speculative fears. If PCBs were present, and Mr. Heinz burned the grit, some quantities of dioxins may be present at the site.

With this in mind, and with knowledge of the former "tar/asphalt" pit, one cannot help but question whether Mr. Heinz utilized the pit for his waste operations.

Mr. Heinz requested assistance in identifying an appropriate means to dispose of the transformers and lead-acid batteries. PENCO provided Emerald Alaska, Inc. with Mr. Heinz' telephone contact information, and asked that they contact Mr. Heinz regarding removal and disposal of his lead-acid batteries and transformers.

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 6 of 29



# 5 Mile Tok Cutoff Ahtna Property Photolog  19-September 2007



**Photo 1     View ESE Along Property Line.  Heinz property to left.**



**Photo 2     Empty drums on Ahtna property, typical.**

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 7 of 29

## 5 Mile Tok Cutoff Ahtna Property Photolog  19-September 2007



**Photo 3        Snowmachines on Ahtna property, along property line.**



**Photo 4        Old vehicles on Ahtna property, typical.**

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 8 of 29



**5 Mile Tok Cutoff Ahtna Property Photolog  19-September 2007**



**Photo 5      Old vehicles on Ahtna property, typical.**



**Photo 6      Empty drums and equipment on Ahtna property, typical.**

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 9 of 29

**5 Mile Tok Cutoff Ahtna Property Photolog  19-September 2007**



**Photo 7**   Unknown 20 gallon drum (full and sealed) on Ahtna Property "Container conforms to PPP C 1337 A Type II Class 2"



**Photo 8**   Empty drums and equipment on Ahtna property, typical.

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 10 of 29