

# 5 Mile Tok Cutoff Ahtna Property Photolog  19-September 2007



**Photo 9        Used brakes shoes on Ahtna property.**



**Photo 10       Small oil/lubricant spill on Ahtna property, typical.**

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 11 of 29



**5 Mile Tok Cutoff Ahtna Property Photolog  19-September 2007**



**Photo 11      Empty drums, storage tank, etc. on Ahtna property, typical.**



**Photo 10      Small oil/lubricant spill on Ahtna property, typical.**

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 12 of 29



EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 13 of 29

**5 Mile Tok Cutoff June 15, 1962**



EXHIBIT 9
Anina v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 14 of 29

**5 Mile Tok Cutoff June 22, 1982**



EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 15 of 29