**5 Mile Tok Cutoff August 28, 1997**



EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 16 of 29

**5 Mile Tok Cutoff June 11, 1995**



EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 17 of 29

**5 Mile Tok Cutoff June 19, 2004**



EXHIBIT 9
Anthia V. Heinz
Case No. 3:06-CV-161 (TMB)
Page 18 of 29



EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 19 of 29



**SGS Environmental Services**
**Alaska Division**
**Level II Laboratory Data Report**

Project:                    Ahtna Gakona

Client:                     Penco

SGS Work Order:             1074938

Released by:

**Contents:**

Cover Page
Case Narrative
Final Report Pages
Quality Control Summary Forms
Chain of Custody/Sample Receipt Forms

**Note:**
Unless otherwise noted, all quality assurance/quality control criteria is in compliance with the standards set forth by the proper regulatory authority, the
SGS Quality Assurance Program Plan, and the National Environmental Accreditation Conference.

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 20 of 29