# SGS

**CASE NARRATIVE**

Print Date: 10/5/2007

**Client Name:** Penco
**Project Name:** Ahtna Gakona
**Workorder No.:** 1074938

## Sample Comments

Refer to the sample receipt form for information on sample condition.

| Lab Sample ID | Sample Type | Client Sample ID |
|---|---|---|
| 1074938001 | PS | 091807-01SS |

AK103 - n-Triacontane (surrogate) recovery is outside QC goals (biased high) due to hydrocarbon interference.
AK102 - The pattern is consistent with a weathered middle distillate.
AK103 - The extract was diluted due to the high DRO content, therefore, RRO PQL is elevated.

| 795058 | LCS | LCS for HBN 192402 [XXX/18643] |

8082 - LCS recovery for Aroclor 1016 is outside QC goals (biased high).  Aroclor 1016 is not detected in the associated samples.

| 795059 | MS | FAA PM - 5(1074920005MS) |

8082 - MS recovery for Aroclor 1016 is outside QC goals (biased high).  Aroclor 1016 is not detected in the associated samples.

| 795060 | MSD | FAA PM - 5(1074920005MSD) |

8082 - MSD recovery for Aroclor 1016 is outside QC goals (biased high).  Aroclor 1016 is not detected in the associated samples.

SGS Environmental Services Inc.   | Alaska Division  200 West Potter Drive Anchorage Alaska 99518
t (907) 562.2343  f (907) 561.5301   www.us.sgs.com
Member of SGS Group (Société Générale de Surveillance)

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 21 of 29



# Laboratory Analytical Report

Client: **Penco**
6000 A Street
Anchorage, AK  99518

Attn: **Carl Overpeck**
T: (907)562-5420  F:

Project: **Ahtna Gakona**

Workorder No.: **1074938**

Certification:

I certify that this data package is in compliance with the terms and conditions of the contract, both technically and for completeness, other than the conditions noted on the sample data sheet(s) and/or the case narrative. This certification applies only to the tested parameters and the specific sample(s) received at the laboratory.

If you have any questions regarding this report, or if we can be of further assistance, please contact your SGS Project Manager.

Barbara Hager

Barbara.Hager@sgs.com

Project Manager

SGS Environmental Services Inc. | Alaska Division  200 West Potter Drive Anchorage Alaska 99518
t (907) 562.2343  f (907) 561.5301   www.us.sgs.com
Member of SGS Group

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 22 of 29

**SGS**

Print Date: 10/5/2007

Enclosed are the analytical results associated with this workorder.

As required by the state of Alaska and the USEPA, a formal Quality Assurance/Quality Control Program is maintained by SGS. A copy of our Quality Assurance Plan (QAP), which outlines this program is available at your request.

The laboratory certification numbers are AK971-05 (DW), UST-005 (CS) and AK00971 (Micro) for ADEC and 001582 for NELAP (RCRA methods: 1010/1020, 1311, 6000/7000, 9040/9045, 9056, 9060, 9065, 8015B, 8021B, 8081A/8082, 8260B, 8270C).

Except as specifically noted, all statements and data in this report are in conformance to the provisions set forth by the SGS QAP, the National Environmental Laboratory Accreditation Program and, when applicable, other regulatory authorities.

If you have any questions regarding this report or if we can be of any assistance, please contact your SGS Project Manager at 907-562-2343.

The following descriptors may be found on your report which will serve to further qualify the data.

| | |
|---|---|
| MDL | Method Detection Limit |
| PQL | Practical Quantitation Limit (reporting limit). |
| CL | Control Limit |
| U | Indicates the analyte was analyzed for but not detected. |
| F | Indicates value that is greater than or equal to the MDL. |
| J | The quantitation is an estimation. |
| ND | Indicates the analyte is not detected |
| B | Indicates the analyte is found in a blank associated with the sample. |
| * | The analyte has exceeded allowable regulatory or control limits. |
| GT | Greater Than |
| LT | Less Than |
| Q | QC parameter out of acceptance range. |
| M | A matrix effect was present. |
| E | The analyte result is above the calibrated range. |
| DF | Analytical Dilution Factor |
| JL | The analyte was positively identified, but the quantitation is a low estimation. |
| <Surr> | Surrogate QC spiked standard |

Note: Soil samples are reported on a dry weight basis unless otherwise specified

SGS Environmental Services Inc.   Alaska Division  200 West Potter Drive Anchorage Alaska 99518
t (907) 562 2343  f (907) 561 5301   www.us.sgs.com
Member of SGS Group

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 23 of 29



## SAMPLE SUMMARY

Print Date: 10/5/2007

**Client Name: Penco**
**Project Name: Ahtna Gakona**
**Workorder No.: 1074938**

## Analytical Methods

| Method Description | Analytical Method |
|---|---|
| Diesel/Residual Range Organics | AK102 |
| Diesel/Residual Range Organics | AK103 |
| Percent Solids SM2540G | SM20 2540G |
| SW8082 PCB's | SW8082 |

## Sample ID Cross Reference

| Lab Sample ID | Client Sample ID |
|---|---|
| 1074938001 | 091807-01SS |
| 1074938002 | 091807-02SS |

SGS Environmental Services Inc.   Alaska Division  200 West Potter Drive Anchorage Alaska 99518
t (907) 562.2343  f (907) 561.5301  www.us.sgs.com
Member of SGS Group (Société Générale de Surveillance)

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 24 of 29



**Penco**                                                                                                    Print Date: 10/5/2007

Client Sample ID: **091807-01SS**                            All Dates/Times are Alaska Local Time
SGS Ref. #: 1074938001                                       Collection Date/Time: 09/18/07 15:00
Project ID: Ahtna Gakona                                     Receipt Date/Time: 09/19/07 11:50
Matrix: Soil/Solid
Percent Solids: 91.5

**Semivolatile Organic Fuels Department**

| Parameter | Result | PQL/CL | | Units | DF | Analytical Batch | Prep Batch | Qualifiers |
|---|---|---|---|---|---|---|---|---|
| Diesel Range Organics | 9740 | 1080 | | mg/Kg | 50 | XFC7627 | XXX18634 | |
| Residual Range Organics | ND | 1080 | | mg/Kg | 50 | XFC7627 | XXX18634 | |
| 5a Androstane <surr> | 137 | 50-150 | | % | 50 | XFC7627 | XXX18634 | |
| n-Triacontane-d62 <surr> | 374 | * | 50-150 | % | 50 | XFC7627 | XXX18634 | |

**Batch Information**

Analytical Batch: XFC7627                    Prep Batch: XXX18634                    Initial Prep Wt./Vol.: 30.45 g
Analytical Method: AK102                     Prep Method: SW3550B                    Prep Extract Vol.: 1 mL
Analysis Date/Time: 10/01/07 12:06           Prep Date/Time: 09/28/07 09:30          Container ID:1074938001-A
Dilution Factor: 50                                                                  Analyst: HKG

Analytical Batch: XFC7627                    Prep Batch: XXX18634                    Initial Prep Wt./Vol.: 30.45 g
Analytical Method: AK103                     Prep Method: SW3550B                    Prep Extract Vol.: 1 mL
Analysis Date/Time: 10/01/07 12:06           Prep Date/Time: 09/28/07 09:30          Container ID:1074938001-A
Dilution Factor: 50                                                                  Analyst: HKG

SGS Environmental Services Inc. | Alaska Division  200 West Potter Drive Anchorage Alaska 99518
t (907) 562.2343  f (907) 561.5301   www.us.sgs.com

Member of SGS Group (Société Générale de Surveillance)

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 25 of 29

**SGS**

**Penco**     Print Date: 10/5/2007

Client Sample ID: **091807-01SS**
SGS Ref. #: 1074938001
Project ID: Ahtna Gakona
Matrix: Soil/Solid
Percent Solids: 91.5

All Dates/Times are Alaska Local Time
Collection Date/Time: 09/18/07 15:00
Receipt Date/Time: 09/19/07 11:50

**Polychlorinated Biphenyls**

| Parameter | Result | PQL/CL | Units | DF | Analytical Batch | Prep Batch | Qualifiers |
|---|---|---|---|---|---|---|---|
| Aroclor-1016 | ND | 54.3 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Aroclor-1221 | ND | 54.3 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Aroclor-1232 | ND | 54.3 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Aroclor-1242 | ND | 54.3 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Aroclor-1248 | ND | 54.3 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Aroclor-1254 | ND | 54.3 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Aroclor-1260 | ND | 54.3 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Decachlorobiphenyl <surr> | 103 | 60-125 | % | 1 | XGC5966 | XXX18643 | |

**Batch Information**

| | | |
|---|---|---|
| Analytical Batch: XGC5966 | Prep Batch: XXX18643 | Initial Prep Wt./Vol.: 22.652 g |
| Analytical Method: SW8082 | Prep Method: SW3550B | Prep Extract Vol.: 5 mL |
| Analysis Date/Time: 10/01/07 17:39 | Prep Date/Time: 09/29/07 09:30 | Container ID:1074938001-A |
| Dilution Factor: 1 | | Analyst: SCL |

SGS Environmental Services Inc. | Alaska Division 200 West Potter Drive Anchorage Alaska 99518
t (907) 562.2343  f (907) 561.5301  www.us.sgs.com

Member of SGS Group (Société Générale de Surveillance)

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 26 of 29

**SGS**

**Penco**                                                                                                               Print Date: 10/5/2007

Client Sample ID: **091807-02SS**                              All Dates/Times are Alaska Local Time
SGS Ref. #: 1074938002                                         Collection Date/Time: 09/18/07 15:15
Project ID: Ahtna Gakona                                       Receipt Date/Time: 09/19/07 11:50
Matrix: Soil/Solid
Percent Solids: 99.0

**Polychlorinated Biphenyls**

| Parameter | Result | PQL/CL | Units | DF | Analytical Batch | Prep Batch | Qualifiers |
|---|---|---|---|---|---|---|---|
| Aroclor-1016 | ND | 49.4 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Aroclor-1221 | ND | 49.4 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Aroclor-1232 | ND | 49.4 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Aroclor-1242 | ND | 49.4 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Aroclor-1248 | ND | 49.4 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Aroclor-1254 | ND | 49.4 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Aroclor-1260 | ND | 49.4 | ug/Kg | 1 | XGC5966 | XXX18643 | |
| Decachlorobiphenyl <surr> | 83.6 | 60-125 | % | 1 | XGC5966 | XXX18643 | |

**Batch Information**

| | | |
|---|---|---|
| Analytical Batch: XGC5966 | Prep Batch: XXX18643 | Initial Prep Wt./Vol.: 22.99 g |
| Analytical Method: SW8082 | Prep Method: SW3550B | Prep Extract Vol.: 5 mL |
| Analysis Date/Time: 10/01/07 18:07 | Prep Date/Time: 09/29/07 09:30 | Container ID:1074938002-A |
| Dilution Factor: 1 | | Analyst: SCL |

SGS Environmental Services Inc. | Alaska Division  200 West Potter Drive Anchorage Alaska 99518
t (907) 562.2343  f (907) 561.5301  www.us.sgs.com
Member of SGS Group (Société Générale de Surveillance)

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 27 of 29

# SGS — CHAIN OF CUSTODY REC 1074938
## SGS Environmental Service

Locations Nationwide
- Hawaii
- Maryland
- North Carolina

www.us.sgs.com

071878

PAGE 1 OF 1

| CLIENT: | PENCO | | | | | | |
|---|---|---|---|---|---|---|---|
| CONTACT: Carl Overpeck | PHONE NO: (907) 562-5420 | | | | | | |
| PROJECT: Ahtna-Gakona | SITE/PWSID #: | | | | | | |
| REPORTS TO: Overpeck | E-MAIL: carl@penco.org  FAX NO: ( ) | | | | | | |
| INVOICE TO: PENCO | QUOTE #  P.O. NUMBER | | | | | | |

SGS Reference: Quote 8298

| LAB NO. | SAMPLE IDENTIFICATION | DATE | TIME | MATRIX | No CONTAINERS | SAMPLE TYPE C=COMP G=GRAB | Preservatives Used | Analysis Required (3) AK102/103 | 8082 PCB | | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| QA | 091807-01 SS | 9/18 | 1500 | soil | 1 | G | | x | x | | |
| QA | 091807-02 SS | 9/18 | 1515 | soil | 1 | G | | x | x | | |

| Collected/Relinquished By: (1) | Date 9/18 | Time 1115 | Received By: | Date | Time |
|---|---|---|---|---|---|
| Relinquished By: (2) | Date | Time | Received By: | Date | Time |
| Relinquished By: (3) | Date | Time | Received By: | Date | Time |
| Relinquished By: (4) | Date 9/19/15 | Time 1150 | Received By: | Date 9/19/15 | Time 1150 |

Shipping Carrier:
Shipping Ticket No:
Special Deliverable Requirements:
Special Instructions: Level II QC w/ Chroms
Requested Turnaround Time: ☐ RUSH    Date Needed

Samples Received Cold? (Circle) YES NO
Temperature °C: TB=5.9 C=8.1
Chain of Custody Seal: (Circle)   INTACT   BROKEN   (ABSENT)

☑ STD

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)

□ 200 W. Potter Drive   Anchorage, AK 99518   Tel: (907) 562-2343   Fax: (907) 561-5301
□ 1270 Greenbrier Street   Charleston, WV 25311   Tel: (304) 346-0725   Fax: (304) 346-0761

White - Retained by Lab
Yellow - Returned with Report



```
                                             O-H-765C
                                             AMENDMENT 2
                                             September 23, 1985
                                             SUPERSEDING
                                             AMENDMENT 1
                                             June 2, 1981
```

                        FEDERAL SPECIFICATION

                        HYDROCHLORIC ACID, TECHNICAL

   This amendment, which forms a part of Federal Specification
O-H-765C, dated March 23, 1979, is approved by the Assistant
Administrator, Office of Federal Supply and Services, General
Administration, for the use of all Federal agencies.

                              PAGE 1

  2.1:  Under "Federal Specifications" add the following:

     "PPP-C-1337 - Container Composite, (Steel Drum with Polyethylene
                   Insert)."

                              PAGE 3

   Add the following new paragraph:

   "3.2  Foreign matter.  The hydrochloric acid shall contain no foreign
matter when tested as specified in 4.2.4.3."

                              PAGE 5

  4.2.3.1:  Add the following defects:

     "(g)  55-gallon (208 liter) container interior coating missing or not
           as specified
      (h)  55-gallon (208 liter) container contamination not neutralized"

   Add the following new paragraph:

     "4.2.4.3  Foreign matter.  Visually examine the specimen for the
presence of foreign matter."

                                                         FSC 6810

DISTRIBUTION STATEMENT A.  Approved for public release;  distribution is
unlimited.

EXHIBIT 9
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 29 of 29