# State of Alaska

## Department of Commerce, Community, and Economic Development

## Division of Corporations, Business and Professional Licensing

I certify that the attached _____ page(s) are a true copy of the records on file with the Department of Commerce, Community and Economic Development, Division of Corporations, Business and Professional Licensing.



*Emil Notti*
Emil Notti
Commissioner

Certified By: *James M. Coleman*

Date: 10/9/07

EXHIBIT 11
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 1 of 3

# Business Licenses - [Business License]

Action  Edit  Query  Help  Window

[Statistics] [Owner List] [Print Menu] [New] [Save] [◀ Query ▶] [Exit]
[Lock Box] [Business List] [Key Bank Renewals] [Cancel Add]

**License No:** 19609  **Action Code:** R  **Active License:** A  **Receipt No:** 554834  
**Original Issue Date:**  **Current Issue Date:** 12/19/1994  **Expiration Date:** 12/31/1996  
**License Years:** ○ One  ○ Two  
**LOB:** 21  Mining  
**Primary ACT:**  **Secondary ACT:**  **Export:**  **Tobacco:** N  [Endorsements]

**Business Name:** HEINZ CO  
**Mailing Address:** PO BOX 196  
☐ Foreign Mail Addr  **Address Validation:** T  2  
**City/State/Zip:** GAKONA  AK  99586  0196  [Copy Mail to Phys addr]  Street modified  
**Physical Address:** MILE 2.5 TOK CUT OFF  ☐ Foreign Phys Addr  
**City/State/Zip:** GAKONA  AK  
**Key Bank**  
**Telephone No:**  **Email:**  **Date:**  
**Business URL:**  **No#/Amt:**

**Modified By:** OCC  **Date Modified:** 02/08/2005  **Print Flag:** P  
**Entry Person:** CRV  **Entry Title:**  **PIN:**  
**Inactive Date:**  **Reason:**  ☑ File Destroyed

| Owners | Comments | History | Old SIC |

[Delete Owner] [Calculator]  **Type Business:** S  SOLE PROPRIETORSHIP  **EIN:** 0  **Corp #:**  
**Owner Last Name or Corporation Name**  
HEINZ  
**First Name:** FRED  **MI:** E  **DOB (MM/DD/YYYY):**

**First Name:**  **MI:**  **DOB (MM/DD/YYYY):**

Record: 1/?   \<OSC\> \<DBG\>

EXHIBIT 11
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 2 of 3

## Business Licenses - [Business License]

Action   Edit   Query   Help   Window

[Statistics]  [Owner List]  [Print Menu]  [New]       [Save]  [◀ Query ▶]  [Exit]
[Lock Box]    [Business List] [Key Bank Renewals] [Cancel Add]

- **License No.:** 19609
- **Action Code:** R
- **Active License:** A
- **Receipt No.:** 554834
- **License Years:** ○ One  ○ Two
- **Original Issue Date:**
- **Current Issue Date:** 12/19/1994
- **Expiration Date:** 12/31/1996
- **LOB:** 21 Mining
- **Primary ACT:**
- **Secondary ACT:**
- **Export:**
- **Tobacco:** N
- [Endorsements]

- **Business Name:** HEINZ CO
- **Mailing Address:** PO BOX 196
- **City/State/Zip:** GAKONA, AK 99586 0196
- ☐ Foreign Mail Addr
- **Address Validation:** T 2
- [Copy Mail to Phys addr]  Street modified
- **Physical Address:** MILE 2.5 TOK CUT OFF
- **City/State/Zip:** GAKONA, AK
- ☐ Foreign Phys Addr
- **Key Bank**
- **Telephone No.:**
- **Email:**
- **Date:**
- **Business URL:**
- **No#/Amt:**

- **Modified By:** OCC
- **Date Modified:** 02/08/2005
- **Print Flag:** P
- **Entry Person:** CRV
- **Entry Title:**
- **PIN:**
- **Inactive Date:**
- **Reason:**
- ☑ File Destroyed

[Owners]   [Comments]   [History]   [Old SIC]

[Delete Comment]  [Add New Comment]

**Modifiedby/Date** | **Comments**
--- | ---
Old Comments | BUSNAME WAS "DEMPSEY MINING"//OLDST DOC SHOWS RNWL 12/5/90-NO ORIGAPP FILED 7/11/03PJM;

Record: 1/1   \<OSC\>\<DBG\>

EXHIBIT 11
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 3 of 3