

J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., <br><br>      Plaintiff,<br><br>  vs.<br><br>Frederick Heinz,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 3:06-CV-00161 (TMB)<br>)<br>)<br>) |

**PLAINTIFF AHTNA, INCORPORATED'S FIRST SET
OF DISCOVERY REQUESTS TO DEFENDANT**

     COMES NOW Plaintiff, Ahtna, Incorporated ("Ahtna"), by and through its attorney, J. Michael Robbins, Esq., pursuant to F.R.C.P. 26, 33, 34, and 36, and propounds the following discovery requests to Defendant Frederick Heinz.

**GENERAL INSTRUCTIONS**

     A.    The following discovery requests are governed by the Federal Rules of Civil Procedure and Alaska Local Rules.  F.R.C.P. 26(e) imposes upon you an affirmative duty to supplement your responses to the discovery requests under certain situations.

     B.    If an objection is made to any part of a discovery request, the part objected to must be specified.  Furthermore, in the event that objection is made to the production of any document on the grounds that it is privileged, please state:  (1) the basis for your contention that the document is privileged; (2) the name, Bates number, or other means of identification of the document; (3) the date of the document; (4) the name, address, and business affiliation of the person who prepared the document; (5) the name, address, and business affiliation of all persons to whom the document was addressed or copied; and (6) the name, address, telephone number, place of employment, business affiliation, business

EXHIBIT 12
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 1 of 4

it should be construed to be directed solely to the factual basis from which that conclusion might or could be drawn, regardless of whether you agree with the conclusion.

K.  **REQUESTS FOR ADMISSIONS**

REQUEST FOR ADMISSION NO. 1:   Please admit that the complaint states a claim on which relief can be granted.

ANSWER:

REQUEST FOR ADMISSION NO. 2:   Please admit that your application for approval of a 14(c) claim under ANCSA was denied by the Plaintiff in a proper administrative procedure and that no appeal to the court was made by you.

ANSWER:

REQUEST FOR ADMISSION NO. 3.:   Admit that Plaintiff's claim is not barred by any statute of limitations.

ANSWER:

REQUEST FOR ADMISSION NO. 4:   Admit that Defendant's claim is not supported by the doctrine of adverse possession..

ANSWER:

REQUEST FOR ADMISSION NO. 5:   Admit that Plaintiff's claims are not barred by any doctrine of laches.

ANSWER:

REQUEST FOR ADMISSION NO. 6:   Admit that Plaintiff owns the lands in question.

ANSWER:

**PLAINTIFF AHTNA, INCORPORATED'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT**
*Ahtna, Inc. v. F. Heinz*, Case No. 3:06-CV-00161 (TMB)
Page 5 of 12

EXHIBIT 12
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 2 of 4

REQUEST FOR PRODUCTION NO. 7: Please produce all documents on which you rely in support of your response to Interrogatory No. 7.

RESPONSE:

Dated this 10th day of September, 2007 at Anchorage, Alaska.

J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P:  (907) 868-8204
F:  (907) 868-8265
mrobbins@ahtna.net

**CERTIFICATE OF SERVICE**

I, J. Michael Robbins, Esq., on September 10, 2007, mailed a copy of Plaintiff's PLAINTIFF AHTNA, INCORPORATED'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT to David Clark, attorney for defendant, at the following address:
101 E. 9th Ave., Suite 12-B
Anchorage, AK 99501

J. Michael Robbins, Esq., ABA #7606068

**VERIFICATION**

STATE OF ALASKA       )
                     ) ss.
THIRD JUDICIAL DISTRICT  )

That on the _____ day of _____, 2007, the undersigned appeared before me, and having first been duly sworn upon oath, deposes and states that he has read the foregoing responses to Plaintiff Ahtna, Incorporated's First Set of Discovery Requests to Defendant, knows and understands the contents thereof and believes all statements made herein to be true. The undersigned has executed this verification freely and voluntarily.

**PLAINTIFF AHTNA, INCORPORATED'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT**
*Ahtna, Inc. v. F. Heinz*, Case No. 3:06-CV-00161 (TMB)
Page 11 of 12

EXHIBIT 12
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 3 of 4

_____
FREDERICK HEINZ, Defendant

SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2007, in Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires:

**PLAINTIFF AHTNA, INCORPORATED'S FIRST SET OF DISCOVERY REQUESTS TO DEFENDANT**
*Ahtna, Inc. v. F. Heinz*, Case No. 3:06-CV-00161 (TMB)
Page 12 of 12

EXHIBIT 12
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 4 of 4