J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

Ahtna, Inc., )
             )
   Plaintiff, )
             )
   vs.       )
             )  Case No.: 3:06-CV-00161 (TMB)
Frederick Heinz, )
             )  **AFFIDAVIT OF KATHRYN MARTIN IN**
   Defendant. )  **SUPPORT OF PLAINTIFF'S MOTION FOR**
             )  **SUMMARY JUDGMENT**

THIRD JUDICIAL DISTRICT    )
                           ) ss:
STATE OF ALASKA            )

BEFORE ME, NOTARY, PERSONALLY CAME AND APPEARED Kathryn Martin, who, after being duly sworn, did depose and say:

1. I am of the full age of majority and am in all ways qualified to make this statement;

2. I am the Vice President of Land and Resources for Ahtna, Inc, have reviewed the files, and am personally familiar with many of the facts regarding this matter.

3. Complaint Exhibit 1 is a copy of the certified copy of Interim Conveyance No. 564 including the two plat excerpts accompanying that exhibit, filed in the public land records, Book 14, pages 738-744, Chitina Recording District.

4. I have inspected the Ahtna land on which has been placed dozens of old vehicles and snow machines and other junk and attest that the photos, including aerial photos, accurately depict the condition of the Ahtna property.

5. Mr. Heinz does not have permission of Ahtna, Inc to use this land.

6. Heinz also began placing gravel fill along an unused path that Ahtna has closed to public use and to which he has no right or title.  He was not given permission to use material from Ahtna lands and has no permit authorizing his use of the path or authorizing him to fill the path or build a road improvement.

7. Heinz did not request Ahtna's consent to remove gravel from, to build a road across, or place a fish-wheel on Ahtna lands and Ahtna has never consented to Heinz' use of its lands for these purposes.

8. Heinz use of this path, removal of gravel, fill placement and use of Ahtna land for a fish wheel was first made known to me in approximately June, 2005.

9. Ahtna has requested that Heinz cease use of Ahtna lands on several occasions giving rise to this law suit.

10. The land in question is also subject to a material site claim of the State of Alaska which site is under the administrative jurisdiction of Ahtna. Ahtna has not authorized the use of gravel from this site by Heinz.

11. Ahtna has never surveyed the land or caused the land to be subject to development for economic purposes.

12. Ahtna has not fenced in its extensive land holdings but has attempted to block use of the path opened up by Heinz by placing a barricade across the entry point.

13. Heinz has also been directed not to use the path and to remove the fish wheel.

14. Further your affiant sayeth naught.

Date: Oct. 30, 2007

_____
Kathryn Martin

Dated this 30th day of October, 2007, at Anchorage, Alaska.

_____
Notary Public for Alaska
My commission expires: 8/19/10