J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK  99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

Ahtna, Inc., )
        Plaintiff, )
   vs. )
                        ) Case No.: 3:06-CV-00161 (TMB)
Frederick Heinz, )
                        ) **AFFIDAVIT OF CARL OVERPECK IN**
        Defendant. ) **SUPPORT OF PLAINTIFF'S MOTION FOR**
                        ) **SUMMARY JUDGMENT**

THIRD JUDICIAL DISTRICT       )
                                                   ) ss:
STATE OF ALASKA

      BEFORE ME, NOTARY, PERSONALLY CAME AND APPEARED Carl Overpeck, who, after being duly sworn, did depose and say:

1.    I am of the full age of majority and am in all ways qualified to make this statement.

2.    I am an Environmental Scientist/HSE Manager, for Pacific Environmental Corporation (PENCO). My curriculum vitae (Exhibit 13) is attached regarding my scientific background and experience.

3.    PENCO, my employer, is an environmental service company emphasizing marine and land spill response.

4.    In September, 2007, PENCO was contracted by Ahtna, Inc., to perform a limited site assessment of property situated adjacent to USS 5560-2 (Heinz lot) and prepare a written report. I was the Chemist assigned to oversee and complete the site inspection, conduct limited sampling with analyses, and prepare the site assessment report on behalf of PENCO.

5.    On or about September 18, 2007, I and an associate HAZWOPER (Hazardous Waste Operations and Emergency Response) Technician inspected the site, inspected the Heinz lot in the company of Mr. Heinz, and obtained photographs of and surface samples from the Ahtna property.

6.    My report on the Site Assessment with photos and a historical compilation of aerial photos is attached and submitted as Exhibit 9.

7.    If called to testify I would do so in accordance with the Site Assessment Report and this affidavit.

8. Further your affiant sayeth naught.

Date: Oct 30th, 2007

_____
Carl Overpeck

Dated this 30th day of October, 2007, at Anchorage, Alaska.

_____
Notary Public for Alaska
My commission expires: 08/19/07