**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone       (907) 272-7989**
**Fax         (907) 274-9829**
**Email       dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FREDERICK HEINZ. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | CASE NO. 06-CV-00161 TMB |

## NON-OPPOSED MOTION TO EXTEND TIME TO OPPOSE MOTION TO COMPEL

Defendant, Frederick Heinz, by and through counsel files this unopposed motion for an extension of time to respond to the plaintiff's motion to compel until Wednesday November 7, 2007.  The undersigned has conferred with opposing counsel and he has no objection.

Dated at this 5th day of November, 2007

                LAW OFFICE OF DAVID D. CLARK
                Attorneys for Defendant


                By:__s/ David Clark_____
                    David Clark
                    101 E. 9th Ave., Suite 12-B
                    Anchorage, AK 99501
                    Phone:       (907) 272-7989
                    Fax:           (907) 274-9829
                    E-Mail       dclark@lawddc.com
                    AK Bar No. 8310110

I HEREBY CERTIFY that on November 5, 2007
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.


     <u>s/ David Clark</u>