**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone     (907) 272-7989**
**Fax         (907) 274-9829**
**Email      dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| | ) CASE NO. 06-CV-00161 TMB |

### RESPONSE TO MOTION TO COMPEL INITIAL DISCLOSURES

Defendant, Frederick Heinz, by and through responds to plaintiff's motion to compel Mr. Heinz's initial disclosures.  Mr. Heinz has complied with the initial disclosures and has forwarded a copy electronically to plaintiff's counsel.

In mitigation Mr. Heinz's counsel offers the affidavit attached.

Dated at this 7th day of Novmeber 2007

        LAW OFFICE OF DAVID D. CLARK
        Attorneys for Defendant

    By:__s/ David Clark_____
        David Clark
        101 E. 9th Ave., Suite 12-B
        Anchorage, AK 99501
        Phone:        (907) 272-7989
        Fax:            (907) 274-9829
        E-Mail       dclark@lawddc.com
        AK Bar No. 8310110

I HEREBY CERTIFY that on April 16, 2007
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

     s/ David Clark

Response.compel.disclosures
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 2 of 2