LAW OFFICE OF DAVID CLARK
101 EAST NINTH AVE., SUITE 12-B
ANCHORAGE, AK 99501
Phone     (907) 272-7989
Fax       (907) 274-9829
Email     dclark@lawddc.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| | ) CASE NO. 06-CV-00161 TMB |

### AFFIDAVIT OF DAVID CLARK

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT)

I, David Clark, being duly sworn, depose and state that:

1. I am the attorney representing the defendant, Frederick Heinz.

2. Mr. Heinz is a 68 year old man who has lived in the Gakona region since 1964.

3. I have represented Mr. Heinz in the past and know that his family is of limited means and he does not have the resources to litigate this action. I took this matter reluctantly initially in order to help Mr. Heinz out of jamb because the plaintiff was in the process of defaulting Mr. Heinz.

4. It would be fair to describe Mr. Heinz as somewhat set in his ways.

5. I had hoped that there could be a means to resolve this case short of straight up litigation and I limited, perhaps too much, my participation in the case. I have now resolved to litigate this case essentially on a pro-bono basis.

6. I have impressed upon my client the seriousness of this matter and he understands the financial consequences.

7. I apologize to the Court and counsel for not providing the disclosures in a timelier manner.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
David D. Clark

SUBSCRIBED AND SWORN before me this  7  November, 2007.

_____
Notary Public in and for Alaska
My Commission Expires: 6/9/09

Notary Public
MARY PECK-CLARK
State of Alaska
My Commission Expires Jun 9, 2009

I HEREBY CERTIFY that on November 7th, 2007
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

    s/ David Clark

Affidavit of Counsel
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 2 of 2