**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK 99501**
**Phone        (907) 272-7989**
**Fax          (907) 274-9829**
**Email        dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| | ) CASE NO. 06-CV-00161 TMB |

### MOTION FOR FRCP 56(f) RELIEF

Defendant, Frederick Heinz, by and through moves for FRCP 56(f) relief. Mr. Heinz is in the process of obtaining affidavits from a former employee who worked for the State of Alaska in 1971, is in the process of obtaining official BLM maps of the BLM Fish Wheel Trail (easement) at mile 4.5 of the Tok Cutoff, the trail in question and is working on finding what interest the State of Alaska has in the property in question.

Frederick Heinz is traveling in his motor home to the lower forty-eight and will not be available to finish his affidavit until he gets there. Mr. Heinz has lived on his property since the mid 1960's, has used the BLM Fish Wheel Trail (easement) at mile 4.5 of the Tok Cutoff since then and has a fish wheel on the Copper River for

as long.  Mr. Heinz can obtain affidavit from the former area supervisor for the State

of Alaska Department of Transportation regarding the use of the roads and the Fish

Wheel access trail which has been in continuous use since at least 1965.

Mr. Heinz is requesting 20 additional days (December 5, 2007) to Oppose

plaintiff's motion for summary judgment.  This Motion is supported by the attached

affidavit of counsel.

Dated at this 15th day of November 2007

LAW OFFICE OF DAVID D. CLARK
Attorneys for Defendant


By:   s/ David Clark
      David Clark
      101 E. 9th Ave., Suite 12-B
      Anchorage, AK 99501
      Phone:        (907) 272-7989
      Fax:          (907) 274-9829
      E-Mail        dclark@lawddc.com
      AK Bar No. 8310110

I HEREBY CERTIFY that on November 15, 2007
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.


       s/ David Clark

5g(f) Motion
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 2 of 2