**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone     (907) 272-7989**
**Fax       (907) 274-9829**
**Email     dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| Plaintiff, | ) |
| vs. | ) |
| FREDERICK HEINZ. | ) |
| Defendant. | ) CASE NO. 06-CV-00161 TMB |

**AFFIDAVIT OF DAVID CLARK**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT)

I, David Clark, being duly sworn, depose and state that:

1.   I am the attorney representing the defendant, Frederick Heinz.

2.   I have discussed this case in detail with Mr. Heinz.  Mr. Heinz is presently traveling from his home in Gakona, AK to the lower forty-eight.  Mr. Heinz is in a motor home.  He indicated to me he will contact me once he gets to Montana which should be in a week or so.  I will not be able to obtain affidavits from my client until he contacts me.  Mr. Heinz's affidavit will controvert the plaintiff's information.  Mr. Heinz has occupied and used the land in question since the mid 1960's.  Mr. Heinz will say that the land was developed and full of construction debris, tar and grease

Affidavit of Counsel
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 1 of 3

when he began to use the property. The site is a gravel pit that the State perhaps owns. Mr. Heinz will also testify in his affidavit that although some of the personal property located on the disputed property is his, not all of it is. Some of the vehicles and such belong to members of AHTNA, Inc.

   3. I have contacted the BLM in Gakona and discussed the BLM trail at issue in plaintiff's motion (Mile 4.5 Tok Cutoff Fish Wheel Access Trail). BLM is sending me a map with the trail marked on it, (I should have received it already but have not). I have been told that all BLM trail markers were recently removed from the Mile 4.5 Tok Cutoff Fish Wheel access trail. Mr. Heinz is of the belief that members of AHTNA have removed the signs designating the BLM Trail Easement. I indicted to BLM that all BLM trail markers had been removed from the trail recently. BLM indicated to me that they were going to go back to the Mile 4.5 Tok Cutoff Fish Wheel access trail and investigate the sign removal and remark the trail as necessary. If possible, I would like to get the affidavit of the BLM representative from Gakona regarding the signs and the BLM Easement on the Fish Wheel Trail.

   4. I have talked with the former State of Alaska area road supervisor for the Gakona region and have set up meeting next week to obtain an affidavit. The supervisor's name is George Herman and he used the BLM trail at mile 4.5 Tok-Cutoff Fish Wheel access while he lived in the Gakona area. Mr. Herman is familiar with the property at issue as well and will provide an affidavit regarding the Heinz family's use of the property.

5. I traveled last week to attend the burial of my father in Omaha, Nebraska and was unable to attend to business for part of the week.

6. I will need an additional 20 days to respond to plaintiff's Motion for Summary Judgment.

7. The reason I need the twenty additional days because next week is the Thanksgiving Holiday, my son is returning from his first year of college and I intended to take several days off.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

David D. Clark

SUBSCRIBED AND SWORN before me this 15th November, 2007.

Notary Public in and for Alaska
My Commission Expires: 6/9/09

I HEREBY CERTIFY that on November 15th, 2007
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

s/ David Clark

Affidavit of Counsel
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 3 of 3