J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

| | |
|---|---|
| Ahtna, Inc., <br>     Plaintiff, <br><br> vs. <br><br> Frederick Heinz, <br><br>     Defendant. | Case No.: 3:06-CV-00161 (TMB) <br><br> PLAINTIFF AHTNA'S NON-OPPOSITION TO DEFENDANT'S REQUESTED EXTENSION |

Plaintiff Ahtna, Inc., appearing herein through undersigned counsel, notifies the court and Defendant Heinz of its non-opposition to the requested extension of time.

Dated this 15th day of November, 2007 at Anchorage, Alaska.

J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

**CERTIFICATE of SERVICE**
I certify that a copy of this pleading was sent to David Clark via email on 11/15/07.

J. Michael Robbins

*Ahtna, Inc. v. F. Heinz*, Case No. CV-00161 (TMB)