**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax         (907) 274-9829**
**Email      dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) CASE NO. 06-CV-00161 TMB |

### <u>NON-OPPOSED MOTION FOR EXTENSION OF TIME</u>

Defendant, Frederick Heinz, by and through counsel, files this non-opposed motion for an extension of time to oppose plaintiff's summary judgment motion.  The basis for the extension is that Mr. Heinz, while traveling to Kansas from Gakona, became seriously ill.  Mr. Heinz has had one emergency surgery, is on a drug regimen which includes paid killers, and is scheduled for another emergency surgery today, December 5, 2007.  I have not been able to effectively communicate with Mr. Heinz since he got back into the United States from his trip.  Opposing counsel has been contacted and he has no objection to this motion for an extension.  Defendant is

requesting that his Opposition be delayed until January 3, 2008 because of the

upcoming holidays and Mr. Heinz's illness.

Dated at this 5th day of December, 2007

LAW OFFICE OF DAVID D. CLARK
Attorneys for Defendant


By:__s/ David Clark_____
        David Clark
        101 E. 9th Ave., Suite 12-B
        Anchorage, AK 99501
        Phone:        (907) 272-7989
        Fax:          (907) 274-9829
        E-Mail        dclark@lawddc.com
        AK Bar No. 8310110

I HEREBY CERTIFY that on December 5, 2007
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.


        s/ David Clark