**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone    (907) 272-7989**
**Fax      (907) 274-9829**
**Email    dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| | ) CASE NO. 06-CV-00161 TMB |

## **ORDER GRANTING DEFENDANT'S NON-OPPOSED MOTION FOR AN EXTENSION OF TIME**

Defendant, Frederick Heinz's motion non-opposed Motion to extend the time to Oppose plaintiff's summary judgment motion until January 3, 2008 is granted.

Dated at this _____ day of December, 2007

                              FEDERAL DISTRICT COURT JUDGE

                              By:_____
                                  Timothy M. Burgess

I HEREBY CERTIFY that on December 5, 2007
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

    s/ David Clark