**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone       (907) 272-7989**
**Fax           (907) 274-9829**
**Email        dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| | ) CASE NO. 06-CV-00161 TMB |

## **MOTION FOR EXTENSION OF TIME**

Defendant, Frederick Heinz, by and through counsel, files this motion for an extension of time to oppose plaintiff's summary judgment motion.  The basis for the extension is two-fold.  that Mr. Heinz, while traveling to Kansas from Gakona, became seriously ill.  Mr. Heinz has had one emergency surgery, is on a drug regimen which includes paid killers, and had another surgery on December 5, 2007 and continued on his drug regimen.  In order to prepare Mr. Heinz's affidavit he is needs to go drug free for a day.  Mr. Heinz and I have a day scheduled next week for Mr. Heinz to try and go drug free.  Mr. Heinz is scheduled for yet another surgery on January 22, 2008 and his doctor told him that he will have another in all probability in March of 2008.

Counsel's children came home for the holidays and I tried to take time off. In light of an adverse ruling in another case I filed a petition for review with the Supreme Court during the holidays. I have not been able to effectively communicate with Mr. Heinz since he got back into the lower forty-eight. Defendant is requesting that his Opposition be delayed until January 17, 2008 because of Mr. Heinz's illness.

Dated at this 3rd day of January, 2008

        LAW OFFICE OF DAVID D. CLARK
        Attorneys for Defendant

By:__s/ David Clark_____
    David Clark
    101 E. 9th Ave., Suite 12-B
    Anchorage, AK 99501
    Phone:   (907) 272-7989
    Fax:   (907) 274-9829
    E-Mail   dclark@lawddc.com
    AK Bar No. 8310110

I HEREBY CERTIFY that on January 3, 2008
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

    s/ David Clark