**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone    (907) 272-7989**
**Fax      (907) 274-9829**
**Email    dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FREDERICK HEINZ. ) | |
| ) | |
| Defendant. ) | |
| ) | CASE NO. 06-CV-00161 TMB |

## ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME

Defendant, Frederick Heinz's motion Motion to extend the time to Oppose plaintiff's summary judgment motion until January 17, 2008 is granted.

Dated at this _____ day of January, 2008

FEDERAL DISTRICT COURT JUDGE

By:_____
     Timothy M. Burgess

I HEREBY CERTIFY that on January 3, 2008
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

    s/ David Clark