LAW OFFICE OF DAVID CLARK
101 EAST NINTH AVE., SUITE 12-B
ANCHORAGE, AK 99501
Phone     (907) 272-7989
Fax         (907) 274-9829
Email     dclark@lawddc.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) CASE NO. 06-CV-00161 TMB |

## AFFIDAVIT OF DAVID CLARK

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

I, David Clark, being duly sworn, depose and state that:

1.     I am the attorney representing the defendant, Frederick Heinz.

2.     I have talked with Mr. Heinz several times and again today. Mr. Heinz reports to me that he has been on pain killers since his first surgery. Mr. Heinz had a second surgery on December 5, 2007. Although Mr. Heinz is generally aware and can carry on a conversation I am concerned that his memory is not quite as sharp as when he is not on pain killers.

3.     Mr. Heinz reported to me that he has an additional surgery scheduled for January 22, 2008 on his other kidney. He told me his doctor thought that he would have yet another surgery in March. Mr. Heinz and I agreed that he would start a day next week

drug free so we could work on his affidavit. It is my goal to obtain the information I need to controvert plaintiff's summary judgment next week.

      4.     During the holidays my three children came home and I tried to take time off. I had several other commitments. I filed a petition for review in the Alaska Supreme Court on December 28, 2007 in Case No. 3AN-03-13456 and Supreme Court case No. S-12959. I had trial scheduled in a construction case, Reynolds v. Stack et al Case No. 3AN-06-13541 CI, for January 7, 2008, however that case was dismissed on January 2, 2008. Because it was dismissed so late in the process I was forced to prepare as if it was going to trial.

      5.     Because of Mr. Heinz's illness and my schedule I have been unable to finish the opposition. I need until January 17, 2008. I have obtained the affidavit of George Hermann, the State of Alaska DOT supervisor who lived in the area during all pertinent times as well as pertinent information from the BLM.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
David D. Clark

SUBSCRIBED AND SWORN before me this 3rd day of January, 2008.

_____
Notary Public in and for Alaska
My Commission Expires: 6/9/09

[Notary Seal: Notary Public MARY PECK-CLARK State of Alaska My Commission Expires Jun 9, 2009]

I HEREBY CERTIFY that on January 3, 2008
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

    s/ David Clark
Affidavit of Counsel
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 2 of 2