LAW OFFICE OF DAVID CLARK
101 EAST NINTH AVE., SUITE 12-B
ANCHORAGE, AK 99501
Phone      (907) 272-7989
Fax        (907) 274-9829
Email      dclark@lawddc.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AHTNA, INC.                            )
                                       )
        Plaintiff,                     )
                                       )
        vs.                            )
                                       )
FREDERICK HEINZ.                       )
                                       )
        Defendant.                     )
_____) CASE NO. 06-CV-00161 TMB

### DEFENDANT FREDERICK HEINZ'S RESPONSES TO PLAINTIFF'S DISCOVERY

### REQUESTS FOR ADMISSIONS

REQUEST FOR ADMISSION NO. 1: Please admit that the complaint states a claim on which relief can be granted.

   ANSWER:      Admitted

REQUEST FOR ADMISSION NO. 2: Please admit that your application for approval of a 14(c) claim under ANCSA was denied by the Plaintiff in a proper administrative procedure and that no appeal to the court was made by you.

   ANSWER:   Denied

Discovery Answers
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 1 of 7

EXHIBIT   A
Page   1   of   7

REQUEST FOR ADMISSION NO. 3: Admit that Plaintiffs claim is not barred by any statute of limitations.

ANSWER: Admit

REQUEST FOR ADMISSION NO. 4: Admit that defendant's claim is not supported by the doctrine of adverse possession.

ANSWER: Denied

REQUEST FOR ADMISSION NO. 5: Admit that Plaintiffs claims are not barred by any doctrine of latches.

ANSWER: Admit

REQUEST' FOR ADMISSION NO. 6: Admit that Plaintiff owns the lands in question.

ANSWER: Denied

REQUEST FOR ADMISSION NO. 7: Admit that Complaint Exhibit 1 is a true and correct copy of Interim Conveyance No. 564.

ANSWER: Defendant Heinz has insufficient information to either deny or admit the allegation. Defendant Heinz has ordered a title report and will provide a copy upon receipt.

Discovery Answers
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 2 of 7

EXHIBIT A
Page 2 of 7

## INTERROGATORIES

INTERROGATORY NO. 1: Identify each communication, document, and/or transaction that you contend contains or constitutes proof that Plaintiff is not the owner of the land including the parcel immediately adjacent to the Defendant's residence and the land on which Defendant placed the gravel road.

RESPONSE: Mr. Heinz has dealt with the State on the gravel pit since the 1960s. The gravel pit was developed and used for State Purposes. Mr. Heinz cleaned the gravel pit up on more than one occasion. Several contractors had left tar and grease buckets and boxes on the property. Mr. Heinz has asked for a title report. Mr. Heinz has had communication from the State of Alaska

INTERROGATORY NO. 2:   If your answer to request for admission No. 1 is other than an unqualified admission, please identify all facts upon which you rely in answer to request for admission No.1.

RESPONSE:

INTERROGATORY NO. 3:   If your answer to request for admission No. 2 is other than an unqualified admission, please identify all facts upon which you rely in answer to request for admission

ANSWER:   Mr. Heinz does not know what the plaintiff means by a "proper administrative procedure". The statute of limitations does not run until one year subsequent to filing of the survey. Mr. Heinz does not know what procedures were used by AHTNA. AHTNA appears to use procedures which

INTERROGATORY NO. 4:   If your answer to request for admission No. 3 is other than an unqualified admission, please identify the statute of limitations referred to in Defendant's second affirmative defense and state all facts on which you rely in asserting this defense.

Discovery Answers
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 3 of 7

EXHIBIT  4
Page  3  of  7

ANSWER:

INTERROGATORY NO. 5: State each and every fact on which Defendant relies in support of his contention that he owns the property by virtue of adverse possession.

ANSWER: Mr. Heinz has used the property including the easement area since the 1960s. The property has and is developed as a gravel pit and equipment storage area. The use by Mr. Heinz has been open and notorious and adverse to AHTNA's interest.

INTERROGATORY NO. 6: If your answer to request for admission No. 5 is other than an unqualified admission, please identify all facts upon which you rely in answer to request for admission

ANSWER:

INTERROGATORY NO. 7: If your answer to request for admission No. 6 is other than an unqualified admission, please identify all facts upon which you rely in answer to request for admission

Answer: See answer above to adverse possession. Mr. Heinz had permission in 1971 and before to use the property for his trucking business. The state moved the BLM right of way approximately five times as it intersects with the Glenn Highway. Mr. Heinz developed and used a short portion of the trail from his house to the BLM right of way. This trail was used by others as well. The main trail is a BLM right of way and was marked as such until last year when the signs marking the trail mysteriously disappeared. This trail was used to support Mr. Heinz's fish wheel subsistence.

Discovery Answers
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 4 of 7

EXHIBIT A
Page 4 of 7

REQUEST FOR PRODUCTION NO. 7: Please produce all documents on which you rely in support of your response to Interrogatory No. 7.

RESPONSE: Mr. Heinz believes that he has photographs from the 1960s and 1970s and is looking for them. He has not been able to locate the photographs.

## VERIFICATION

STATE OF ALASKA     )
                    )  ss.
THIRD JUDICIAL DISTRICT )

That on the _8_ day of _November_, 2007, the undersigned appeared before me and having first been duly sworn upon oath, deposes and states that he has read the foregoing responses to Plaintiff Ahtna, Incorporated's First Set of Interrogatories to Defendant, knows and understands the contents thereof and believes all statements made herein to be true. The undersigned has executed this verification freely and voluntarily.

FREDERICK HEINZ

_/s/ Frederick Hey_

SUBSCRIBED AND SWORN TO before me this _8_ day of _November_ 2007, in Anchorage, Alaska.

_/s/ Barbara_
Notary Public in and for Alaska
My Commission Expires: N/A

POSTMASTER / NOTARY PUBLIC
PER USPS ACM 112.44
GAKONA AK 99586

Discovery Answers
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 6 of 7

EXHIBIT _A_
Page _6_ of _7_

I HEREBY CERTIFY that on November _____, 2007 a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

    s/ David Clark

Discovery Answers
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 7 of 7

EXHIBIT A
Page 7 of 7