**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone    (907) 272-7989**
**Fax        (907) 274-9829**
**Email    dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| | ) CASE NO. 06-CV-00161 TMB |

## ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW ADMISSIONS

Defendant, Frederick Heinz moved to withdraw Admissions deemed admitted by the passage of 30 days before a response was filed.  Based on the pleadings and the good cause shown the following admissions made by defendant are withdrawn:  2, 4, 6, and 7.

Dated at this _____ day of _____, 2008

FEDERAL DISTRICT COURT JUDGE

By:_____
Timothy M. Burgess

Order
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 1 of 2

I HEREBY CERTIFY that on November 5, 2007
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.


    <u>        s/ David Clark        </u>

Order
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
 Page 2 of 2