**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax           (907) 274-9829**
**Email        dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| | ) CASE NO. 06-CV-00161 TMB |

**MOTION FOR EXTENSION OF TIME**

Defendant, Frederick Heinz, by and through counsel, files this motion for an extension of time to oppose plaintiff's summary judgment motion. The basis for the extension is two-fold. that Mr. Heinz, while traveling to Kansas from Gakona, became seriously ill. Mr. Heinz has had one emergency surgery, is on a drug regimen which includes paid killers, had another surgery on December 5, 2007 and continued on his drug regimen. In order to prepare Mr. Heinz's affidavit it was necessary for Mr. Heinz to go off drugs for 24 hours. Mr. Heinz did that and counsel has prepared Mr. Heinz's affidavit for the most part. However, Mr. Heinz cannot verify that his affidavit is true over the phone as there are attachments to the affidavit. One of the attachments is oversized and counsel needs to have the document reduced

professionally. The earliest Mr. Heinz's affidavit can be mailed out is January 18, 2008. Mr. Heinz is scheduled for yet another surgery on January 22, 2008 and his doctor told him that he will have another in all probability in March of 2008.

Mr. Heinz has a meritorious defense. Attached to this motion is the affidavit of George Herman which puts into dispute the assertions by the plaintiff that Mr. Heinz's use of the fish wheel trail and fishwheel was not on the a Bureau of Land Management Trail. Further the affidavit discusses the development of the borrow site at issue and Mr. Heinz's use of the borrow site. Defendant is requesting that his Opposition be delayed until January 25, 2008 because of Mr. Heinz's illness and the difficulty of getting an affidavit signed by Mr. Heinz.

Dated at this 17th day of January, 2008

        LAW OFFICE OF DAVID D. CLARK
        Attorneys for Defendant

        By:__s/ David Clark_____
           David Clark
           101 E. 9th Ave., Suite 12-B
           Anchorage, AK 99501
           Phone:    (907) 272-7989
           Fax:      (907) 274-9829
           E-Mail     dclark@lawddc.com
           AK Bar No. 8310110

I HEREBY CERTIFY that on January 17, 2008
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

     s/ David Clark