LAW OFFICE OF DAVID CLARK
101 EAST NINTH AVE., SUITE 12-B
ANCHORAGE, AK  99501
Phone      (907) 272-7989
Fax        (907) 274-9829
Email      dclark@lawddc.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| | ) CASE NO. 06-CV-00161 TMB |

**AFFIDAVIT OF DAVID CLARK**

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

I, David Clark, being duly sworn, depose and state that:

1.   I am the attorney representing the defendant, Frederick Heinz.

2.   Mr. Heinz reported to me that he has been on pain killers since his first surgery.  Mr. Heinz had a second surgery on December 5, 2007.  Although Mr. Heinz is generally aware and can carry on a conversation I was and am concerned that his memory is not quite as sharp as when he is not on pain killers.

3.   Mr. Heinz took 24 hours off of his pain medication and we talked about the affidavit for quite some time last week.  I have prepared, for the most part, Mr. Heinz's affidavit and need to reduce some documents so he can mark them up and attach them to his affidavit when he receives it.  Mr. Heinz reported to me that he has an additional surgery

scheduled for January 22, 2008 on his other kidney. He told me his doctor thought that he would have yet another surgery in March.

    4. Because of Mr. Heinz's illness, his distance from my office and my schedule I have been unable to finish the opposition. I need Mr. Heinz to have physical possession of his affidavit. I need until January 25, 2008 to finish the affidavit of Mr. Heinz and file the opposition. I have obtained the affidavit of George Hermann, the State of Alaska DOT supervisor who lived in the area during all pertinent times as well as pertinent information from the BLM. Mr. Hermann's affidavit is attached hereto.

    FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
David D. Clark

SUBSCRIBED AND SWORN before me this 17th day of January, 2008.

_____
Notary Public in and for Alaska
My Commission Expires: 6/9/09

*Notary Public*
*MARY PECK-CLARK*
*State of Alaska*
*My Commission Expires Jun 9, 2009*

I HEREBY CERTIFY that on January 17, 2008
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

  s/ David Clark

Affidavit of Counsel
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 2 of 2