**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax          (907) 274-9829**
**Email       dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FREDERICK HEINZ. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | CASE NO. 06-CV-00161 TMB |

## NON-OPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Frederick Heinz, by and through counsel, files this non-opposed motion for an extension of time to oppose plaintiff's summary judgment motion.  The basis for the extension is that Mr. Heinz had a third surgery in as many months on January 22, 2008 and was not release from the hospital until January 24, 2008.  Mr. Heinz has received the maps which he will draw on and told me that he would get that done and mail them to me priority mail today.  He could not send the maps any earlier.

Opposing counsel has been contacted and he has no objection to this motion for an extension. Defendant is requesting that his Opposition be delayed until January 29, 2008 so he can obtain the maps from Mr. Heinz to Oppose the motion.

Dated at this 25th day of January, 2008

        LAW OFFICE OF DAVID D. CLARK
        Attorneys for Defendant

By:  s/ David Clark
      David Clark
      101 E. 9th Ave., Suite 12-B
      Anchorage, AK 99501
      Phone:    (907) 272-7989
      Fax:      (907) 274-9829
      E-Mail    dclark@lawddc.com
      AK Bar No. 8310110

I HEREBY CERTIFY that on January 25, 2008
a copy of the foregoing was served electronically on:

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

s/ David Clark