**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax         (907) 274-9829**
**Email       dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FREDERICK HEINZ. ) | |
| ) | |
| Defendant. ) | |
| ) | CASE NO. 06-CV-00161 TMB |

### **ORDER GRANTING DEFENDANT'S NON-OPPOSED MOTION FOR AN EXTENSION OF TIME**

Defendant, Frederick Heinz's motion non-opposed motion to extend the time to Oppose plaintiff's summary judgment motion until January 25, 2008 is granted.

Dated at this _____ day of January, 2008

FEDERAL DISTRICT COURT JUDGE

By:_____
    Timothy M. Burgess

Extension Order
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 1 of 2

I HEREBY CERTIFY that on January 25, 2008
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

    s/ David Clark

Extension Order
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 2 of 2