AA-6666-A  
AA-6666-B

INTERIM CONVEYANCE

BOOK 14 PAGE 738  
Chitina Recording District



WHEREAS

AHTNA, Incorporated  
(Successor in Interest to Gakona Corporation)

is entitled to a conveyance pursuant to Secs. 14(a) and 22(j) of the Alaska Native Claims Settlement Act of December 18, 1971, as amended (43 U.S.C. 1601, 1613(a), 1621(j)), of the surface estate in the following described lands:

Copper River Meridian, Alaska

T. 6 N., R. 1 E. (Surveyed)  
Those portions of Tract A more particularly described as (protracted):

Sec. 1;  
Secs. 2 and 3, excluding U.S. Survey No. 5560, and the Copper River;  
Sec. 4;  
Sec. 5, excluding the Gakona River;  
Sec. 6;  
Sec. 7, excluding the Gakona River;  
Sec. 8, excluding U.S. Survey No. 5562, and the Gakona River;  
Sec. 9, excluding U.S. Survey No. 5560, U.S. Survey No. 5561, and Native allotment AA-6495 Parcel B;  
Sec. 10, excluding U.S. Survey No. 4843, U.S. Survey No. 5560, and the Copper River;  
Sec. 11, excluding the Copper River;  
Secs. 12 to 14, inclusive;  
Sec. 15, excluding the Copper River;  
Sec. 16, excluding U.S. Survey No. 5561, Native allotment AA-6495 Parcel B, and the Copper River;  
Secs. 17 and 18, excluding the Copper River, and the Gakona River;  
Sec. 19, excluding the Copper River;  
Secs. 20 to 36, inclusive.

Containing approximately 20,910 acres.

T. 7 N., R. 1 E. (Surveyed)  
Those portions of Tract A more particularly described as (protracted):

Secs. 4 and 5, excluding the Gakona River;  
Secs. 6 and 7;  
Secs. 8 and 9, excluding the Gakona River;  
Secs. 13, 14 and 15;  
Secs. 16 and 17, excluding the Gakona River;  
Secs. 18 and 19;  
Secs. 20 and 21, excluding the Gakona River;  
Secs. 22 and 23;  
Sec. 24, excluding the Copper River;  
Sec. 25, excluding U.S. Survey No. 5559, and the Copper River;  
Sec. 26, excluding U.S. Survey No. 5559;  
Sec. 27;  
Secs. 28 and 29, excluding the Gakona River;

Interim Conveyance No. 564

Date  OCT 27 1982

Ahtna Inc. v. Heinz  
Complaint Exhibit 1  
Page 1 of 9

Gakona Surface