

ADLO 2234-1
Dec. '64

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
Anchorage District & Land Office
555 Cordova Street
Anchorage, Alaska 99501

IN REPLY REFER TO:
ADLO: L6

CHITINA
Serial No. 65-218

Date: JUL 19 1965

BOOK _____ PAGE 178
Chitina Recording District

## DECISION

### RIGHT - OF - WAY GRANTED

#### Details of Grant

| | |
|---|---|
| Serial number of grant | Anchorage 062221 |
| Name of Grantee | State of Alaska Department of Highways |
| Map showing the location and dimensions of grant: | |
| Map designations | Project ER-25(1) Parcel No. M.S. 461-010-5 |
| Date filed | January 4, 1965 |
| Permitted use by Grantee | Material Site |
| Authority for grant | Act of August 27, 1958 (72 Stat. 885; 23 U.S.C. 317) |
| Regulations applicable to grant: | |
| Code reference | 43 CFR 2234.1 and 2234.2-4 |
| Date of grant | JUL 19 1965 |
| Expiration date of grant | N/A |
| Rental: | N/A |
| Amount | |
| When payable by grantee | N/A |

EXHIBIT A
Page 1 of 4

Page 2.
ADLO 2234-1

Book /feed PAGE 179
Chitina Recording District

CHITINA
Serial No. 65-218                Terms and Conditions of Grant

Pursuant to the authority vested in the undersigned by Order No. 701 of the Director, Bureau of Land Management, dated July 23, 1964 (64 F.R. 7492), as amended, a right-of-way, the details of which are shown above, is hereby granted for the public lands involved 1/, subject to the following terms and conditions:

1. All valid rights existing on the date of the grant.

2. All regulations in 43 CFR 2234 as more specifically set forth in the attached terms and conditions.

3. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXX

4. Other: None

Pearl C. Peters
Chief, Adjudication Section
Lands Branch

Attachments:
    Map
    Terms & Conditions

Copies to:  Bureau of Public Roads
            Department of Highways, Juneau, Alaska
------------------------------------------------------------
1/ For the purpose of this grant, public domain lands include those reserved or withdrawn for specific purposes, entered, selected, occupied and/or settled, and leased.

-2-

ADLO-2234-2

BOOK _____ PAGE 182

CHITINA
Serial No. 65-218        ACKNOWLEDGEMENT                Chitina Recording District

STATE OF ALASKA        )
                       )
GREATER ANCHORAGE AREA BOROUGH)

I, Brigitte S. Ammann, a Notary Public in and for the said Greater Anchorage Area Borough and State, do hereby certify that on this the 19th day of July, 1965, before me personally appeared Pearl C. Peters, being to me personally well known and known by me to be the Chief, Adjudication Section, Lands Branch, Bureau of Land Management, and acknowledged that the foregoing instrument bearing date of July 19, 1965, was executed by her in her capacity and by authority in her vested by law, for the purpose and intents in said instrument described and set forth, and acknowledged the same to be her free act and deed as Chief, Adjudication Section, Lands Branch, Bureau of Land Management.

Witness my hand and seal this 19th day of July, 1965.

Brigitte S. Ammann
(Notary Public)

(SEAL)

My Commission expires 12/29/66.

EXHIBIT A
Page 3 of 4

ADLO:2234-1

OK /TH/ /cco/ PAGE 150
Chitina Recording District

CHITINA
Serial No. 65-218

BUREAU OF LAND MANAGEMENT

## TERMS & CONDITIONS FOR RIGHTS-OF-WAY & MATERIAL SITES

1. The grantee or permittee shall comply with State and Federal laws applicable to the project for which the right-of-way or material site is approved, and to the lands which are included in the right-of-way or material site and lawful existing regulations thereunder.

2. The grantee or permittee shall protect all public land survey monuments, witness corners, reference monuments and bearing trees against destruction, obliteration, or damage during his operations. If any monuments or corners are destroyed, obliterated, or damaged by his operations, he shall, at his expense, hire a registered surveyor pursuant to applicable State law and Bureau of Land Management procedures to re-establish the monuments and corners. Instructions and guidance on such procedures may be obtained from the Chief of the Cadastral Engineering Office, 555 Cordova Street, Anchorage, Alaska. A penalty is provided for the unauthorized alteration or removal of any government survey monument or marked trees by Section 57 of the Criminal Code of 1909 (35 Stat. 1088, 1099; 18 U.S.C. Sec. 111).

3. The grantee or permittee shall not deface, injure, cut or remove trees from lands outside the right-of-way or material site unless so authorized by the Bureau of Land Management.

4. The grantee or permittee shall be liable for damages caused by equipment or operations to any trees or landscape feature on the public land outside the right-of-way or material site area. Restoration or other corrective measures will be required by the Bureau.

5. When necessary to cut and remove trees from a right-of-way or material site, they shall be cut no higher than 12 inches above the ground and the limbs and branches removed.

   (a) All logs or combustible material not utilized by the permittee will be disposed of in a manner approved, in advance and in writing, by the authorized officer.

   (b) Burning of combustible material is authorized and may be done at the discretion of the permittee. However, full responsibility for preventing the escape of fires rests with the permittee. Any fire trespass action which might arise from the escape of permittee's fires will be in accordance to chapter 138, State of Alaska Fire Control Act.

   (c) Combustible material may be buried in lieu of burning. Burial site and method of burial must have the advance approval of the authorized officer.

   (d) The Anchorage Fire Control Dispatcher will be contacted prior to commencing of burning activities. He may be reached by phone at BRoadway 8-4701.

EXHIBIT A
Page 4 of 4