EXHIBIT _B_

Page _1_ of _1_

