**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK 99501**
**Phone      (907) 272-7989**
**Fax           (907) 274-9829**
**Email       dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) CASE NO. 06-CV-00161 TMB |

**AFFIDAVIT OF GEORGE HERRMAN**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

I, George Herrman, being duly sworn, depose and state that I currently live in Palmer Alaska and I make this affidavit of my own free will.

1. I am acquainted with Fred Heinz and the property in question. I moved to the Gakona, Alaska area in 1966 and was employed by the State of Alaska. I lived in the Gakona area until 1998 when I retired as the area supervisor for the Department of Transportation, State of Alaska. I was continuously employed by the State of Alaska in Gakona until I retired.

2. The material site in question is known to me to be the "5 Mile Pit Tok Cutoff" (5 Mile Pit). Mr. Hienz's house is located in the middle of the 5 Mile Pit.

When I first moved to the Gakona area the 5 Mile Pit had already been developed and used to build the Tok Cutoff. The pit had been used by Chris Berg construction before I located to Gakona. The 5 Mile Pit has been used on and off, the last time I know that it was used as a borrow site was when Wilder Construction used the site in 1995 or 1996 for a road project they had. The State of Alaska continued to use the site to store gravel on to use for various road projects as late as the late 1980s. The 5 Mile Pit has been completely developed and the last time I looked, in the late 1990s, there was a school bus turnaround on the 5 Mile Pit site.

        3.     Fred Heinz has stored equipment and trucks on the 5 Mile Pit property since about 1967. No one from the State of Alaska ever asked him to move his property and I was never asked to ask Mr. Heinz to take his equipment off the property. Tom Young, a State employee, told Fred Heinz that he could use the 5 Mile Pit property but he had to move his stuff if anyone needed to get at the area where his equipment and personal property was located.

        4.     I had a fish wheel along the Copper River and often used the BLM trail/easement that traveled across the 5 Mile Pit property on its western edge and then would run down behind Fred Heinz's property along the southern border of the 5 Mile Pit. I used the trail in 1965 though the mid 1970s while my fish wheel was located along the trail. The trail ran a mile through the woods or so before it ran along side the bank of the Copper River. Several people, Ken Thames, Richard Carr and Fred Heinz and his family, to name a few, used the trail to access their fish wheels.

My fish wheel was located in the BLM right of way as was many of the others. Since the trail bordered the Copper River any fish wheel that was used was located in the BLM trail/easement. The trail ran back to Arnie Sundt's homestead but the trail washed out past where Fred Heinz had his fish wheel set up. I know this BLM Trail has been in continuous use since 1965 when I first moved there.

5. The BLM place their signs up along the Fish Wheel trail and for a long time the signs remained in place. The signs began to disappear from the Fish Wheel Trail. Although I never saw anyone remove the signs, it was common knowledge in the Gakona area that members of the Native Corporation, AHTNA were removing the signs.

6. I went out last summer, in 2007, to the area and toured around on my four wheeler. Just to the east of Fred Heinz's house (1/2 mile or so) is a low income housing area. Originally it was built for the Natives living in the area, but for some reason it is mostly owned by non-natives now. There are a multitude of trails leading off of the low income housing sites now going back to the BLM trail.

7. Mr. Clark, Mr. Heinz's attorney showed me a map Record of Survey, Material Site 46-1-010-5 apparently prepared by AHTNA. My recollection is that the BLM Trail ran right behind Fred Heinz's property on the south boundary of

the 5 Mile Pit and did not run along the bank of the Copper River until you traveled down the trail about one mile or so.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

George Herrman

SUBSCRIBED AND SWORN before me this 21st day of December, 2007.



Notary Public in and for Alaska
My Commission Expires: 8/16/2011

I HEREBY CERTIFY that on ~~December~~ January 30, 2008
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

    s/ David Clark

Affidavit of Herman
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 4 of 4