**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone       (907) 272-7989**
**Fax          (907) 274-9829**
**Email        dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FREDERICK HEINZ. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | CASE NO. 06-CV-00161 TMB |

## NOTICE OF FILING UNSIGNED AFFIDAVIT OF FREDERICK HEINZ

Defendant provides notice that he is filing the unsigned affidavit of Frederick Heinz. The undersigned certifies that he has read the affidavit to Mr. Heinz and he has adopted it as his own. The signed copy will be filed as soon as it is received from Mr. Heinz.

Dated at this 30th day of January, 2008

LAW OFFICE OF DAVID D. CLARK
Attorneys for Defendant

By:__s/ David Clark_____
   David Clark
   101 E. 9th Ave., Suite 12-B
   Anchorage, AK 99501
   Phone:      (907) 272-7989
   Fax:         (907) 274-9829
   E-Mail       dclark@lawddc.com
   AK Bar No. 8310110

I HEREBY CERTIFY that on January 30, 2008
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.


      s/ David Clark