**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone       (907) 272-7989**
**Fax           (907) 274-9829**
**Email        dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| | ) CASE NO. 06-CV-00161 TMB |

## **NON-OPPOSED MOTION TO ACCEPT OPPOSITION TO MOTION TO SUMMARY JUDGMENT MOTION FILED ONE DAY LATE**

Defendant, Frederick Heinz, by and through counsel, files this motion to accept his Opposition to his Motion for Summary Judgment one day late.  While finishing the Opposition counsel needed to contact his client regarding an issue in his affidavit. Because of the time difference, Mr. Heinz is in Kansas, and Mr. Heinz's use of medication, counsel was unable to contact Mr. Heinz until today.  Consequently the

Extension Motion
Ahtna v. Heinz
CASE NO. 06-CV-00161 TMB
Page 1 of 2

Opposition is filed one day late.  Opposing counsel was contacted and he has no objection to the filing of the Opposition one day late.

Dated at this 30th day of January, 2008

LAW OFFICE OF DAVID D. CLARK
Attorneys for Defendant

By:__s/ David Clark_____
David Clark
101 E. 9th Ave., Suite 12-B
Anchorage, AK 99501
Phone:      (907) 272-7989
Fax:          (907) 274-9829
E-Mail      dclark@lawddc.com
AK Bar No. 8310110

I HEREBY CERTIFY that on January 30, 2008
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq
Attorney for Plaintiff Ahtna, Inc.

_____s/ David Clark