**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>AHTNA, INC.</u> v. <u>FREDERICK HEINZ</u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                     CASE NO. <u>3:06-cv-00161-TMB</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 11, 2008
ENTERED AT JUDGE'S DIRECTION:

    Ahtna Inc.'s document titled Reply to Opposition to Plaintiff's Summary Judgment Motion, at document number 74, has been filed however, it is deficient in the area(s) checked below:

<u>   </u>   Document is not signed. (D.Ak.LR 10.1)

<u>   </u>   Caption of the document is incomplete. (D.Ak.LR 10.1)

<u>   </u>   No proof of service on the document filed. (D.Ak.LR 5.1)

<u>XXX</u>   Document entitled Reply to Opposition to Plaintiff's Summary Judgment Motion is overlength. (D.Ak.LR 10.1)

<u>   </u>   Document is not in compliance with D.Ak.LR .

<u>   </u>   Other: <u>                            </u>.

    The Clerk is directed to strike the above-referenced document from the record.

[strike.ord][12/97]