J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

United States District Court

District of Alaska at Anchorage

Ahtna, Inc.,                              )
                                          )
            Plaintiff,                    )
                                          )
    vs.                                   )
                                          )   Case No.: 3:06-CV-00161 (TMB)
Frederick Heinz,                          )
                                          )   **PLAINTIFF AHTNA'S MOTION TO ALLOW**
            Defendant.                    )   **OVERLENGTH BRIEF & EXTENSION OF**
                                          )   **TIME**

        **COMES NOW** Plaintiff Ahtna, Inc ("Ahtna"), appearing herein through undersigned counsel

and moves the court to allow Plaintiff to file the attached memorandum in reply to defendant's

opposition to plaintiff's motion for summary judgment. Plaintiff's memorandum is 17 pages with eight

pages of exhibits. The length is necessary to address the adverse possession, material site right of way

and §14(c)(1) arguments raised in defendant's opposition.

        Plaintiff also requests an extension of time to file the reply which is due 2/11/08. An extension is

requested for 3 days following the court's service of its order regarding this motion. Opposing counsel

David Clark indicates he has no objection to this extension.

        Dated this 11th day of February, 2008 at Anchorage, Alaska.

                                          J. Michael Robbins, Esq., ABA # 7606068
                                          Attorney for Plaintiff Ahtna, Inc
                                          406 W. Fireweed Ln., #103
                                          Anchorage, AK 99503
                                          P: (907) 868-8204
                                          F: (907) 868-8265
                                          mrobbins@ahtna.net

                        **CERTIFICATE OF SERVICE**

On 2/11/08 a copy of the foregoing was served electronically on:
David Clark at dclark@lawddc.com
Attorney for Defendant Heinz

    /s/ JMR

J. Michael Robbins
*Ahtna, Inc. v. F. Heinz*, Case No. CV-00161 (TMB)
Plaintiff Ahtna, Inc's Motion for Summary Judgment
                        - 1 -