EXHIBIT 15
Ahtna v. Heinz
Case No. 3:06-CV-161(TMB)
Page 1 of 1
AHTNA/HEINZ - 80