United States District Court

District of Alaska at Anchorage

Ahtna, Inc.,  )
  )
    Plaintiff,  )
  )
vs.  ) Case No.: 3:06-CV-00161 (TMB)
  )
Frederick Heinz,  )
  )
    Defendant.  )

**O R D E R (proposed)**

IT IS ORDERED that Plaintiff Ahtna, Inc's MOTION TO ALLOW OVERLENGTH BRIEF be and the same is hereby GRANTED.

IT IS ALSO ORDERED that Plaintiff Ahtna's motion for extension of time to file its reply to defendant's opposition to plaintiff's motion for summary judgment is granted. Said brief will be due three days after date of service of the court's order regarding plaintiff's motion to allow overlength brief.

Dated this ____ day of _____, 20__ at Anchorage, Alaska.

TIMOTHY M. BURGESS
U.S. District Court Judge

*Ahtna, Inc. v. F. Heinz*, Case No. CV-00161 (TMB)