**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone        (907) 272-7989**
**Fax           (907) 274-9829**
**Email        dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) CASE NO. 06-CV-00161 TMB |

**REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR**
**SUMMARY JUDGMENT**

Defendant Frederick Heinz, by and through counsel, requests oral argument in regards to plaintiff's Motion for Summary Judgment.

Dated at this 12th day of February, 2008

LAW OFFICE OF DAVID D. CLARK
Attorneys for Defendant


By:__s/ David Clark_____
        David Clark
        101 E. 9th Ave., Suite 12-B
        Anchorage, AK 99501
        Phone:       (907) 272-7989
        Fax:          (907) 274-9829
        E-Mail       dclark@lawddc.com
        AK Bar No. 8310110

I HEREBY CERTIFY that on February 12, 2008
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq.
Attorney for Plaintiff Ahtna, Inc.


_____ s/ David Clark