**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone      (907) 272-7989**
**Fax          (907) 274-9829**
**Email       dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FREDERICK HEINZ. ) | |
| ) | |
| Defendant. ) | |
| _____) | CASE NO. 06-CV-00161 TMB |

### NOTICE OF FILING SIGNED AFFIDAVIT OF FREDERICK HEINZ

Defendant Frederick Heinz, by and through counsel, provides notice that he is filing his signed affidavit in Opposition to plaintiff's Motion for Summary Judgment.

Dated at this 12th day of February, 2008

        LAW OFFICE OF DAVID D. CLARK
        Attorneys for Defendant

        By:__s/ David Clark_____
           David Clark
           101 E. 9th Ave., Suite 12-B
           Anchorage, AK 99501
           Phone:       (907) 272-7989
           Fax:           (907) 274-9829
           E-Mail       dclark@lawddc.com
           AK Bar No. 8310110

I HEREBY CERTIFY that on February 12, 2008
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq.
Attorney for Plaintiff Ahtna, Inc.


      <u>  s/ David Clark  </u>