UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| AHTNA, INC., <br>       Plaintiff, <br> vs. <br> FREDERICK HEINZ, <br>       Defendant. | Case No.: 3:06-cv-00161 TMB |

**O R D E R**

Having considered the Plaintiff Ahtna, Inc's MOTION For Leave to File Excess Pages at Docket 76 and noting that there is no opposition, IT IS HEREBY GRANTED.

IT IS ALSO ORDERED that Plaintiff Ahtna's Motion for Extension of Time to file its Reply to defendant's opposition to Plaintiff's Motion for Summary Judgment at Docket 76 is GRANTED. Reply brief will be due March 21, 2008.

Dated this 17th day of March, 2008 at Anchorage, Alaska.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT COURT JUDGE