Form 1860-9
(March 1965)
(formerly 4-1043)

AA-6666-A
AA-6666-B

# The United States of America

## To all to whom these presents shall come, Greeting:

WHEREAS

AHTNA, Incorporated
(Successor in Interest to Gakona Corporation)

is entitled to a Land Patent pursuant to Sec. 14(a) of the Alaska Native Claims Settlement Act of December 18, 1971 (43 U.S.C. 1601, 1613(a)), of the <u>surface</u> estate in the following described lands:

U.S. Survey No. 5559, Lots 1A and 2, situated on the easterly and westerly sides of the Glenn Highway about 8 miles northerly of the junction with the Richardson Highway, Alaska.

Containing 10 acres.

U.S. Survey No. 5560, lots 1 and 4, situated about four miles northerly of Gakona, Alaska.

Containing 99.55 acres.

<u>Copper River Meridian, Alaska</u>

T. 6 N., R 1 E.
Sec. 18, N½NE¼SW¼NW¼.

Containing 5.00 acres.

Aggregating 114.55 acres.

NOW KNOW YE, that there is, therefore, granted by the UNITED STATES OF AMERICA, unto the above-named corporation the surface estate in the land above described, TO HAVE AND TO HOLD the said estate with all rights, privileges, immunities, and appurtenances, of whatsoever nature, thereunto belonging, unto the said corporation, its successors and assigns, forever;

EXCEPTING AND RESERVING TO THE UNITED STATES from the lands so granted:

1. The subsurface estate therein, and all rights, privileges, immunities, and appurtenances, of whatsoever nature, accruing unto said estate pursuant to the Alaska Native Claims Settlement Act of December 18, 1971 (43 U.S.C. 1601, 1613(f)); and

2. Pursuant to Sec. 17(b) of the Alaska Native Claims Settlement Act of December 18, 1971 (43 U.S.C. 1601, 1616(b)), the following public easements, referenced by easement identification number (EIN) on the easement map attached to this document, copies of which will be found in case file AA-6666-EE, are reserved to the United States. All easements are subject to applicable Federal, State, or Municipal corporation regulation. The following is a listing of uses allowed for each type of easement. Any uses which are not specifically listed are prohibited.

EXHIBIT 13
Ahtna v. Heinz
Case No. 3:06-CV-161(TMB)
Patent Number   50-83-0011   Page 1 of 6
AHTNA/Heinz
141

AA-6666-A
AA-6666-B

<u>60 Foot Road</u> - The uses allowed on a sixty (60) foot wide road easement are: travel by foot, dogsleds, animals, snowmobiles, two-and three-wheel vehicles, small and large all-terrain vehicles, track vehicles, four-wheel drive vehicles, automobiles and trucks.

<u>One Acre Site</u> - The uses allowed for a site easement are: vehicle parking (e.g., aircraft, boats, ATV's, snowmobiles, cars, trucks), temporary camping, and loading or unloading. Temporary camping, loading, or unloading shall be limited to 24 hours.

a. (EIN 11a C5, L) An easement sixty (60) feet in width for an existing road from mile 4 Tok Cutoff, Sec. 9, T. 6 N., R. 1 E., Copper River Meridian, easterly to site EIN 11b C5,L on the right bank of the Copper River. The uses allowed are those listed above for a sixty (60) foot wide road easement.

b. (EIN 11b C5, L) A one (1) acre site easement upland of the ordinary high water mark in Sec. 10, T. 6 N., R. 1 E., Copper River Meridian, on the right bank of the Copper River. The uses allowed are those listed above for a one (1) acre site.

c. (EIN 31a C5, L) An easement fifty (50) feet in width, twenty-five (25) feet each side of the centerline, for existing powerlines and telephone lines roughly paralleling the Glenn Highway (Tok Cutoff) from Sec. 13, T. 6 N., R. 1 W., Copper River Meridian, northeasterly through the selection. The uses allowed are those associated with operation and maintenance of power and telephone line facilities.

THE GRANT OF THE ABOVE-DESCRIBED LANDS IS SUBJECT TO:

1. Valid existing rights therein, if any, including but not limited to those created by any lease (including a lease issued under Sec. 6(g) of the Alaska Statehood Act of July 7, 1958 (48 U.S.C. Ch. 2, Sec. 6(g))), contract, permit, right-of-way, or easement, and the right of the lessee, contractee, permittee, or grantee to the complete enjoyment of all rights, privileges, and benefits thereby granted to him. Further, pursuant to Sec. 17(b)(2) of the Alaska Native Claims Settlement Act of December 18, 1971 (43 U.S.C. 1601, 1616(b)(2)) (ANCSA), any valid existing right recognized by ANCSA shall continue to have whatever right of access as is now provided for under existing law;

Patent Number 50-83-0011

EXHIBIT 13
Ahtna v. Heinz
Case No. 3:06-CV-161(TMB)
Page 2 of 6

AHTNA/Heinz
142

Form 1860-10
(July 1975)

AA-6666-A
AA-6666-B



2. Right-of-way, A-062221 for a material site granted under the Federal Aid Highway Act of August 27, 1958, as amended (23 U.S.C. 317), located in U.S. Survey No. 5560, lot 4;

3. Right-of-way, A-067583 for a Federal Aid Highway, Act of August 27, 1958, as amended (23 U.S.C. 317), located in U.S. Survey No. 5560, lot 4;

4. An easement and right-of-way to operate, maintain, repair and patrol an overhead open wire and underground communication line or lines, and appurtenances thereto, in, on, over, and across a strip of land fifty (50) feet in width, lying twenty-five (25) feet on each side of the centerline of the Alaska Communication System's open wire or pole line and/or buried communication cableline, conveyed to RCA Alaska Communication, Inc. by Easement Deed dated January 10, 1971, AA-6188, pursuant to the Alaska Communications Disposal Act (81 Stat. 441; 40 U.S.C. 771, et seq.), located in U.S. Survey No. 5560, lots 1 and 4;

5. An easement for highway purposes, including appurtenant protective, scenic and service areas, extending one hundred fifty (150) feet on either side of the centerline of the Glenn Highway (Tok Cutoff), as established by Public Land Order 1613 (23 F.R. 2376), pursuant to the act of August 1, 1956 (70 Stat. 898) and transferred to the State of Alaska pursuant to the Alaska Omnibus Act, P.L. 86-70 (73 Stat. 141) located in U.S. Survey No. 5560, lot 4;

6. A right-of-way, A-062297 granted to Copper Valley Electric Association, Inc., Act of October 21, 1976, 43 U.S.C. 1761-1771, located in U.S. Survey No. 5560, lots 1 and 4; and

7. Requirements of Sec. 14(c) of the Alaska Native Claims Settlement Act of December 18, 1971 (43 U.S.C. 1601, 1613(c)) that the grantee hereunder convey those portions, if any, of the lands hereinabove granted, as are prescribed in said section.

IN TESTIMONY WHEREOF, the undersigned authorized officer of the Bureau of Land Management, in accordance with the provisions of the Act of June 17, 1948 (62 Stat. 476), has, in the name of the United States, caused these letters to be made Patent, and the Seal of the Bureau to be hereunto affixed.

GIVEN under my hand, in   ANCHORAGE, ALASKA
the   TWENTY-SEVENTH   day of   OCTOBER   in the year of our Lord one thousand nine hundred and   EIGHTY-TWO
and of the Independence of the United States the two hundred and   SEVENTH

By  _____
Assistant to the State Director
for Conveyance Management

Patent Number _____
50-83-0011

EXHIBIT 13
Ahtna/Heinz
Case No. 3:06-CV-161(TMB)
Page 3 of 6

AHTNA/Heinz
143

GPO 854-245



OCT 27 1982  Alaska State Office
DATE  Anchorage, Alaska

I hereby certify that this reproduction is a copy of the official record on file in this office.

EXHIBIT 19
Ahtna v. Heinz
Case No. 3:06-CV-161(TMB)
Page 4 of 6

50-83-0011

AHTNA/Heinz
144







50-83-0011 EXHIBIT copy
Ahtna v. Heinz
Case No. 3:06-CV-161 (TMB)
Page 6 of 6

OCT 27 1982  Alaska State Office, Anchorage, Alaska
DATE
I hereby certify that this reproduction is a copy of the official record on file in this office.
AUTHORIZED SIGNATURE
AHTNA/Heinz
146