Form 1860-8
(January 1965)
   (formerly 4-1040)
Anchorage 062863

# The United States of America,

## To all to whom these presents shall come, Greeting:

WHEREAS

### Frederick E. Heinz

is entitled to a Land Patent pursuant to the Homesite Act of May 14, 1898,
30 Stat. 413, as amended and supplemented; 43 U.S.C. 687a (1970), for Lot 2
of the land embraced in U.S. Survey 5560, Alaska, situated about four miles
northerly of Gakona, Alaska.

Containing 5.00 acres:

NOW KNOW YE, that there is, therefore, granted by the UNITED STATES,
unto the above named claimant the land above described; TO HAVE AND TO HOLD
the said land with all the rights, privileges, immunities, and appurtenances,
of whatsoever nature, thereunto belonging, unto the said claimant, his
successors and assigns, forever;

### EXCEPTING AND RESERVING TO THE UNITED STATES

1. A right-of-way thereon for ditches and canals constructed by
   the authority of the United States. Act of August 30, 1890,
   26 Stat. 391; 43 U.S.C. 945.

2. A right-of-way thereon for the construction of railroads,
   telegraph, and telephone lines, as prescribed and directed
   by the Act of March 12, 1914, 38 Stat. 305.

3. A right-of-way for material site Anchorage 062221. Act of
   August 27, 1958, as amended, 23 U.S.C. 317.

4. All the oil and gas in the land so patented, and to it, or
   persons authorized by it, the right to prospect for, mine,
   and remove such deposits from the same upon compliance with
   the conditions and subject to the provisions and limitations
   of the Act of March 8, 1922, 42 Stat. 415, as amended and
   supplemented.

There is excepted and reserved any element of ownership from the lands
hereby conveyed, including but not restricted to any estate or interest in
property, or permit, or other right, transferred by the United States pursuant
to the Alaska Communications Disposal Act approved November 14, 1967 (81 Stat.
441-444)(40 U.S.C. 771-792).

IN TESTIMONY WHEREOF, the undersigned authorized officer of
the Bureau of Land Management, in accordance with the
provisions of the Act of June 17, 1948 (62 Stat. 476), has,
in the name of the United States, caused these letters to be
made Patent, and the Seal of the Bureau to be hereunto
affixed.

GIVEN under my hand, in Anchorage, Alaska
the TWENTY-EIGHTH            day of      JULY            in the
year of our Lord one thousand nine hundred and SEVENTY-
TWO       and of the Independence of the United States the
one hundred and   NINETY-SEVENTH.

[SEAL]

By _____J. A. Hagan_____

Chief Adjudicator

Patent Number 50-73-0026

16-78641-1   GPO
850-746

EXHIBIT 14
Ahtna v. Heinz
Case No. 3:06-CV-161(TMB)
Page 1 of 1

AHTNA/HEINZ - 19