<1>


<1>Case 3:06-cv-00161-TMB   Document 81-4   Filed 03/21/2008   Page 1 of 1

EXHIBIT 15
Ahtna v. Heinz
Case No. 3:06-CV-161(TMB)
Page 1 of 1
AHTNA/HEINZ - 80