**LAW OFFICE OF DAVID CLARK**
**101 EAST NINTH AVE., SUITE 12-B**
**ANCHORAGE, AK  99501**
**Phone     (907) 272-7989**
**Fax         (907) 274-9829**
**Email      dclark@lawddc.com**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK HEINZ. | ) |
| | ) |
| Defendant. | ) |
| | ) CASE NO. 06-CV-00161 TMB |

## NOTICE OF RELIANCE ON ADDITIONAL AUTHORITY FOR ORAL ARGUMENT

Defendant Frederick Heinz, by and through counsel, provides notice of his intent to rely on the Alaska Statehood Act, Public Law 85-508, 72 Stat. 339, §6(e) (July 7, 1958).  A copy of which is attached.

Dated at this 16th day of May, 2008

        LAW OFFICE OF DAVID D. CLARK
        Attorneys for Defendant

        By:__s/ David Clark_____
            David Clark
            101 E. 9th Ave., Suite 12-B
            Anchorage, AK 99501
            Phone:        (907) 272-7989
            Fax:            (907) 274-9829
            E-Mail       dclark@lawddc.com
            AK Bar No. 8310110

I HEREBY CERTIFY that on May 16, 2008
a copy of the foregoing was served electronically on :

J. Michael Robbins, Esq.
Attorney for Plaintiff Ahtna, Inc.

s/ David Clark