```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

AHTNA, INC.          vs.   FREDERICK HEINZ

BEFORE THE HONORABLE   TIMOTHY M. BURGESS
CASE NO.               3:06-CV-00161-TMB

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:     J. MICHAEL ROBBINS

               DEFENDANT:     DAVID D. CLARK

PROCEEDINGS: ORAL ARGUMENT ON PLAINTIFF'S SUMMARY JUDGMENT MOTION
             (DKT 41) HELD MAY 16, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:04 a.m. court convened.

Arguments heard.

Court heard. Matter taken **UNDER ADVISEMENT,** written ruling to issue.

At 10:56 a.m. court adjourned.

DATE:       May 16, 2008           DEPUTY CLERK'S INITIALS:   AMK

Revised 6/18/07