J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Ahtna, Inc., <br>     Plaintiff, <br> vs. <br> Frederick Heinz, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No.: 3:06-cv-00161-TMB <br> ) <br> ) <br> ) |

### AHTNA, INC.'S RULE 7.1 DISCLOSURE STATEMENT

COMES NOW Ahtna, Inc., appearing here and through undersigned counsel, and notifies the court and the parties pursuant to Fed.R. Civ. P. 7.1 as follows:

Ahtna, Inc., is an ANCSA corporation incorporated pursuant to the Alaska Business Corporation Code, AS 10.06. There is no parent corporation of Ahtna, Inc. No publicly held corporation holds any of Ahtna, Inc.'s stock.

Dated this 15th day of September, 2008 at Anchorage, Alaska.

J. Michael Robbins, Esq., ABA # 7606068
Attorney for Plaintiff Ahtna, Inc
406 W. Fireweed Ln., #103
Anchorage, AK 99503
P: (907) 868-8204
F: (907) 868-8265
mrobbins@ahtna.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2008, a copy of the foregoing Ahtna, Inc.'s Rule 7.1 Disclosure Statement was served electronically on:

David Clark
101 E. 9th Ave., Suite 12-B
Anchorage, AK  99501
s/J. Michael Robbins